**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| RICHARD ROE, ET AL., <br><br> Plaintiffs, <br> v. <br><br> JAMES N. MATTIS, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 1:18-cv-01565 |

**MOTION TO PROCEED UNDER PSEUDONYMS AND FOR ALL OF PLAINTIFF ROE'S AND PLAINTIFF VOE'S IDENTIFYING INFORMATION TO BE REDACTED FROM DOCUMENTS FILED IN THE PUBLIC RECORD**

Plaintiffs Richard Roe and Victor Voe, through counsel, respectfully request to be allowed to proceed under pseudonyms in this matter. Consistent with this request, Plaintiffs Roe and Voe also request that the Court order that the parties (and any third party who makes a filing in this case) redact Plaintiff Roe's and Plaintiff Voe's true names and any identifying information from all documents filed in the public record.

Plaintiffs Richard Roe and Victor Voe are enlisted members of the United States Air Force. They are also individuals living with HIV. In this lawsuit, Plaintiffs challenge the Department of Defense's and Air Force's policies and decisions to separate Roe and Voe because of their HIV status. This litigation therefore concerns medical information of an extremely personal and highly sensitive nature. Identifying Plaintiffs Roe and Voe in the public record as individuals living with HIV also exposes them to a risk of psychological harm, alienation and further discrimination due to misconceptions about HIV and the stigma still commonly associated with this diagnosis. Furthermore, because Plaintiff Roe's and Plaintiff Voe's identities are known to Defendants, and because the allegations are against the government, there is little risk of unfairness to Defendants in allowing Plaintiffs to proceed under pseudonyms. And although the public has a general interest

in open judicial proceedings and the outcome of this litigation, it does not have a specific interest in Plaintiff Roe's and Plaintiff Voe's identities. For these reasons, Plaintiffs Roe and Voe should be allowed to proceed under pseudonyms.

In further support for this motion, Plaintiffs Roe and Voe submit the accompanying memorandum, as well as the Complaint filed contemporaneously with this motion. For the reasons contained therein, Plaintiffs Roe and Voe respectfully request that their Motion To Proceed Under Pseudonyms and for All of Plaintiff Roe's and Plaintiff Voe's Identifying Information To Be Redacted from Documents Filed in the Public Record be granted.

Dated: December 19, 2018

Scott Schoettes*
SSchoettes@lambdalegal.org
Kara Ingelhart*
KInglehart@lambdalegal.org
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
105 W. Adams St., Suite 2600
Chicago, IL 60603
T: (312) 663-4413

Peter E. Perkowski*
PeterP@outserve.org
OUTSERVE-SLDN, INC.
P.O. Box 65301
Washington, DC 20035-5301
T: (800) 538-7418

Respectfully submitted,

/s/  Andrew R. Sommer
Andrew R. Sommer
Virginia State Bar No. 70304
ASommer@winston.com
Lauren Gailey*
LGailey@winston.com
Laura Cooley**
Virginia State Bar No. 93446
LCooley@winston.com
WINSTON & STRAWN LLP
1700 K St., NW
Washington, DC 20006
T: (202) 282-5000

Julie A. Bauer*
JBauer@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
T: (312) 558-5600

*Attorneys for Plaintiffs*

*Pro hac vice application forthcoming
**Application for admission to the Eastern District of Virginia forthcoming