IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RICHARD ROE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:18-cv-01565 |
| ) | |
| JAMES N. MATTIS, in his official capacity as ) | |
| Secretary of Defense, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is plaintiffs' Motion to Proceed Under Pseudonyms and for All of Plaintiff Roe's and Plaintiff Voe's Identifying Information to Be Redacted from Documents Filed in the Public Record [Dkt. No. 8]. The Court has considered plaintiffs' submission and finds it is well made. Accordingly, the Motion is GRANTED, and it is hereby

ORDERED that plaintiffs shall be entitled to proceed pseudonymously and to have any personal identifying information redacted from publicly filed documents.

The Clerk is directed to forward copies of this Order to counsel of record and to remove the oral argument set for Friday, January 4, 2018 from the Court's calendar.

Entered this 21st day of December, 2018.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge