**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| RICHARD ROE, ET AL., <br><br> Plaintiffs, <br> v. <br><br> PATRICK M. SHANAHAN, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 1:18-cv-01565 |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, February 15, 2019, at 10:00 am, or as soon thereafter as the undersigned may be heard, counsel for Plaintiffs will appear before the Honorable Leonie M. Brinkema, at the Albert V. Bryan U.S. Courthouse, 410 Courthouse Square, Alexandria, VA 22314 to present PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION.

Dated:   January 11, 2018

Respectfully Submitted

/s/  Scott Schoettes
Scott Schoettes*
SSchoettes@lambdalegal.org
Kara Ingelhart*
KIngelhart@lambdalegal.org
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
105 W. Adams St., Suite 2600
Chicago, IL 60603
T: (312) 663-4413

Peter E. Perkowski*
PeterP@outserve.org
OUTSERVE-SLDN, INC.
P.O. Box 65301
Washington, DC 20035-5301
T: (800) 538-7418

*Attorneys for Plaintiffs*
**pro hac vice*

/s/  Andrew R. Sommer
Andrew R. Sommer
Virginia State Bar No. 70304
ASommer@winston.com
Lauren Gailey *
LGailey@winston.com
Laura Cooley
Virginia State Bar No. 93446
LCooley@winston.com
WINSTON & STRAWN LLP
1700 K St., NW
Washington, DC 20006
T: (202) 282-5000

Julie A. Bauer*
JBauer@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
T: (312) 558-5600