**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| NICHOLAS HARRISON; and OUTSERVE-SLDN, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:18-cv-641-LMB-IDD |
| PATRICK M. SHANAHAN, in his official capacity as Acting Secretary of Defense; MARK T. ESPER, in his official capacity as Secretary of the Army; and the UNITED STATES DEPARTMENT OF DEFENSE, | ) ) ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| RICHARD ROE; VICTOR VOE; and OUTSERVE-SDLN, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:18-cv-1565-LMB-IDD |
| PATRICK M. SHANAHAN, in his official capacity as Acting Secretary of Defense; MATTHEW DONOVAN, in his official capacity as Acting Secretary of the Air Force; and the UNITED STATES DEPARTMENT OF DEFENSE, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

<u>**DEFENDANTS' TRIAL EXHIBIT LIST**</u>

Pursuant to this Court's Notice of October 3, 2018 in *Harrison v. Shanahan*, *see* Dkt. 63, Defendants, through its undersigned counsel, hereby respectfully submits its list of potential exhibits for the trial in the above captioned matter.

Defendants reserve an objection to the presentation of evidence and testimony in these cases that is outside of the administrative record.  The Department of Defense's, Department of the Army's, and Department of the Air Force's administrative processes that resulted in final agency action are supported by administrative records.  In making the determination whether those policies are "contrary to constitutional right," 5 U.S.C. § 706(2)(B), the Court "shall review the whole record," *id.* § 706.  The Court's review is therefore limited to "the full administrative record that was before the Secretary at the time he made his decision."  *Citizens to Preserve Overton Park*, Inc. v. Volpe, 401 U.S. 402, 420 (1971).

Further, as recently emphasized by the D.C. Circuit in a challenge to another military personnel policy, the Court must give great deference to the judgment of military officials.  *Doe 2 v. Shanahan*, 755 F. App'x 19, 24–25 (D.C. Cir. 2019) (per curiam).  Such deference means that neither the Plaintiffs, Plaintiffs' witnesses, nor the Court may undertake an independent evaluation of the evidence.  *Rostker v. Goldberg*, 453 U.S. 57, 81 (1981) ("In relying on this testimony . . . the District Court palpably exceeded its authority when it ignored Congress' considered response to this line of reasoning."); *id.* at 82-83 ("The District Court was quite wrong in undertaking an independent evaluation of this evidence."); *Goldman v. Weinberger*, 475 U.S. 501, 508 (1986) ("[W]hether or not expert witnesses may feel that religious exceptions to [the challenged military regulation] are desirable is quite beside the point."); *see also Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 25 (2008) ("We accept these officers' assertions [that a certain practice] is of the utmost importance to the Navy and the Nation."); *Doe 2*, 917 F.3d 694 at 737 (Williams, J., concurring) (noting the court's role in evaluating military policy is so circumscribed that extra-record evidence and discovery is "quite

1

beside the point" (quoting *Goldman v. Weinberger*, 475 U.S. 503, 509 (1986))).  Rather, as the Supreme

Court emphasized in *Trump v. Hawaii*, 138 S. Ct. 2392, 2420 (2018), the Court's review of the

Department of Defense, Department of the Army, and Department of the Air Force policies must

focus on the stated justifications for the policies.

Moreover, the Administrative Procedure Act "confines judicial review of executive branch

decisions to the administrative record of proceedings before the pertinent agency.  As such, there

can be no genuine issue of material fact in an APA action. . . ."  *Shipbuilders Council of Am. v. U.S.*

*Dep't of Homeland Sec.*, 770 F.Supp.2d 793, 802 (E.D.Va.2011) (citations omitted).  With respect to

such claims, "the function of the district court is to determine whether or not as a matter of law the

evidence in the administrative record permitted the agency to make the decision it did."  *Id.* (internal

quotation marks omitted).

Subject to the foregoing objection, Defendants set forth their exhibit list below.  Defendant

reserves the right to elect not to seek the introduction of any of these exhibits at trial, and to re-

arrange the numbering sequence prior to trial.  Pursuant to this Court's Order of September 26,

2018, this list does not include exhibits that Defendant might seek to introduce as impeachment

and/or rebuttal evidence.  Moreover, Defendant reserves the right to use demonstrative exhibits

during the testimony of certain of its witnesses in order to assist the trier-of-fact.

Defendant also reserves the right to use any exhibits listed on Plaintiff's Exhibit List.

## EXHIBITS

| Exhibit No. | Bates or Document No. | Description | Harrison | Roe |
|---|---|---|---|---|
| 1 | A00364–A00379 | 2014 Report to Congress | X | X |
| 2 | A00380–A00413 | 2018 Report to Congress | X | X |

| Exhibit No. | Bates or Document No. | Description | Harrison | Roe |
|---|---|---|---|---|
| 3 | | Prevention Access Campaign. Risk of Sexual Transmission of HIV from a Person Living with HIV Who Has An Undetectable Viral Load: Messaging Primer and Consensus Statement. Issued July 21, 2016. | X | X |
| 4 | | Kuhar DT, Henderson DK, Struble KA, Heneine W, Thomas V, Cheever LW et al. Updated U.S. Public Health Service Guidelines for the Management of Occupational Exposures to Human Immunodeficiency Virus and Recommendations for Postexposure Prophylaxis. Infect Control Hosp Epidemiopl. 2013; 34(9):875-892. | X | X |
| 5 | | Crum-Cianflone NF, Moore DJ, Letendre Set al. Low prevalence of neurocognitive impairment in early diagnosed and managed HIV-infected persons. Neurology. 2013;80:371379. | X | X |
| 6 | | Sacktor N. Changing clinical phenotypes of HIV-associated neurocognitive disorders. J Neurovirol. 2018;24(2):141-145 | X | X |
| 7 | | Price RW. HIV-associated neurocognitive disorders: Epidemiology, clinical manifestations, and diagnosis. UpToDate. Literature review current through May 2018. This topic last updated February 14, 2017 | X | X |
| 8 | | De Souza EM, Buoniconti CS, Valim FC, Moura AS. Risk factors for neurocognitive impairment in HIV-infected patients and comparison of different screening tools. Dementia & Neuropsychologia. 2016; 10(1):42-46. | X | X |
| 9 | | Antinori A, Arendt G, Becker JT, et al. Updated research nosology for HIV-associated neurocognitive disorders. Neurology. 2007;69(18):1789-1799. | X | X |
| 10 | | Sacktor N. Changing clinical phenotypes of HIV-associated neurocognitive disorders. J Neurovirol. 2018;24(2): 141-145. | X | X |

| Exhibit No. | Bates or Document No. | Description | Harrison | Roe |
|---|---|---|---|---|
| 11 | | Grant I, Franklin DR Jr, Deutsch R, Woods SP, et al. Asymptomatic HIV-associated neurocognitive impairment increases risk for symptomatic decline. Neurology. 2014;82:2055-2062. | X | X |
| 12 | | U.S. Army Medical Research and Materiel Command. Military Infectious Diseases Research Program (MIDRP). Background and Environment. | X | X |
| 13 | | U.S. Army Institute of Surgical Research: Joint Trauma System Clinical Practice Guideline: Fresh Whole Blood (FWB) Transfusion. 2012. | X | X |
| 14 | | Kao, R & McAlister, V, "Care of victims of suicide bombing," October 10, 2018 | X | X |
| 15 | | Carlos del Rio and James W. Curren, Epidemiology and Prevention of Acquired Immunodeficiency Syndrome and Human Immunodeficiency Virus Infection in Mandell, Douglas, and Bennett's Principles and Practice of Infectious Diseases (Bennett et al. ed. 2015). | X | X |
| 16 | | DoD 5400.11-R, "Department of Defense Privacy Program," May 14, 2007 | X | X |
| 17 | | DoD 6025.18-R, "DoD Health Information Privacy Regulation," January 2003 | X | X |
| 18 | | DoDD 6490.02E, "Comprehensive Health Surveillance," February 8, 2012, as amended | X | X |
| 19 | | DoDI 1304.26, "Qualification Standards for Enlistment, Appointment, and Induction," March 23, 2015, as amended | X | X |
| 20 | | DoDI 1332.45, "Retention Determinations for Non-Deployable Service Members," July 30, 2018 | X | X |
| 21 | | DoDI 1332.18, "Disability Evaluation System (DES)," August 5, 2014 | X | X |
| 22 | | DoDI 6025.13, "Medical Quality Assurance (MQA) and Clinical Quality Management in the Military Health System (MHS)," February 17, 2011, as amended | X | X |

| Exhibit No. | Bates or Document No. | Description | Harrison | Roe |
|---|---|---|---|---|
| 23 | | DoDI 6025.19, "Individual Medical Readiness (IMR)," June 9, 2014 | X | X |
| 24 | | DoDI 6130.03, "Medical Standards for Appointment, Enlistment, or Induction in the Military Services," April 28, 2010, as amended | X | X |
| 25 | | DoDI 6485.01, "Human Immunodeficiency Virus (HIV) in Military Service Members," June 7, 2013 | X | X |
| 26 | | DoDI 6490.03, "Deployment Health," August 11, 2006 | X | X |
| 27 | | DoDI 6490.07, "Deployment-Limiting Medical Conditions for Service Members and DoD Civilian Employees," February 5, 2010 | X | X |
| 28 | | DoDI 1332.18, "Disability Evaluation System," August 5,2014, Incorporating Change 1 | X | X |
| 29 | | DoDI 6025.13, "Medical Quality Assurance (MQA) and Clinical Quality Management in the Military Health System (MHS)," October 29, 2013 | X | X |
| 30 | | AR 40-501, "Standards of Medical Fitness," June 14, 2017 | X | X |
| 31 | | AR 40-68, "Clinical Quality Management," Rapid Action Revision Issue Date: May 22, 2009 | X | X |
| 32 | | AR 135-133, "Ready Reserve Screening, Qualification Records System, and Change of Address Reporting," December 22, 2016 | X | X |
| 33 | | AR 135-175, "Separation of Officers," November 29, 2017 | X | X |
| 34 | | AR 135-178, "Enlisted Administrative Separations," November 7, 2017 | X | X |
| 35 | | AR 140-10, "Assignments, Attachments, Details, and Transfers," August 15, 2005 | X | X |
| 36 | | AR 140-50, "Officer Candidate School, Army Reserve," October 15, 1999 | X | X |
| 37 | | AR 350-51, "United States Army Officer Candidate School," June 11, 2001 | X | X |

| Exhibit No. | Bates or Document No. | Description | Harrison | Roe |
|---|---|---|---|---|
| 38 | | AR 600-8-24, "Officer Transfers and Discharges," Rapid Action Revision Issue Date: September 13, 2011 | X | X |
| 39 | | AR 600-110, "Identification, Surveillance, and Administration of Personnel Infected with Human Immunodeficiency Virus," April 22, 2014 | X | X |
| 40 | | AR 614-30, "Overseas Service," December 22, 2016 | X | X |
| 41 | | AR 614-100, "Officer Assignment Policies, Details, and Transfers," January 10, 2006 | X | X |
| 42 | | AR 614-200, "Enlisted Assignments and Utilization Management," November 29, 2017 | X | X |
| 43 | | AR 635-40, "Disability Evaluation for Retention, Retirement, or Separation," January 19, 2017 | X | X |
| 44 | | AR 635-200, "Active Duty Enlisted Administrative Separations," December 19, 2016 | X | X |
| 45 | | NGR 351-5, "State Military Academies," Incl Change 1, December 16, 1985 | X | X |
| 46 | | NGR 600-200, "Enlisted Personnel Management," July 31, 2009 | X | X |
| 47 | | NGR 635-101, "Efficiency and Physical Fitness Boards," August 15, 1977 | X | X |
| 48 | | AFI 44-178, "Human Immunodeficiency Virus Program," March 4, 2014; Certified Current June 28, 2016 | X | X |
| 49 | | AFI 48-123, "Medical Examinations Standards," November 5, 2013 | X | X |
| 50 | | AFI 48-123, "Medical Examinations Standards," October 23, 2014 | X | X |
| 51 | US00001064-US00001069 | Request for ETP dated Nov. 8, 2015 | X | |
| 52 | US00001057-US00001058 | Army Staffing Form for Request for ETP | X | |
| 53 | US00001050-US00001052 | DCARNG Officer Strength Manager Email dated Feb. 9, 2016 | X | |
| 54 | US00001137 | OTSG Medical Opinion dated Jan. 12, 2016 | X | |

| Exhibit No. | Bates or Document No. | Description | Harrison | Roe |
|---|---|---|---|---|
| 55 | US00003158 | NGB Recommendation dated Feb. 29, 2016 | X | |
| 56 | US00003142 | DCARNG Med. Attach. Recommendation dated June 9, 2017 | X | |
| 57 | US00003219 | NGBCS Memo re Waiver Request dated Dec. 30, 2014 | X | |
| 58 | US00001063 | DMPM Memo denying Request | X | |
| 59 | US00001145-1147 | Letter to SA dated Aug. 25, 2016 | X | |
| 60 | US00001080 | Letter dated Sept. 28, 2016 | X | |
| 61 | US00001123-1124 | Army Staffing Form for Letter to SA | X | |
| 62 | US00001129 | Delegation of Authority dated Jun. 27, 2016 | X | |
| 63 | US00001132-1133 | Information Paper dated July 11, 2016 | X | |
| 64 | US00000931-943 | JAG Application | X | |
| 65 | US00000944-945 | Undergraduate Transcript | X | |
| 66 | US00000946-947 | MBA Transcript | X | |
| 67 | US00000948 | Law School Transcript | X | |
| 68 | US00000949-950 | Harrison CV | X | |
| 69 | US00000951 | DC Court of Appeals Admission | X | |
| 70 | US00000952-970 | NCO Evaluation Report | X | |
| 71 | US00000971-974 | Release from Active Duty | X | |
| 72 | US00000975-976 | Letter of Recommendation | X | |
| 73 | US00000977-978 | Letter of Recommendation | X | |
| 74 | US00000979-980 | Letter of Recommendation | X | |
| 75 | US00000981-989 | Writing Sample from JAG Application | X | |
| 76 | US00002101-02 | Information Paper dated September 2015 | X | X |
| 77 | | AMHHR File - State of Legal Residence (2010-06-06) | X | |
| 78 | US00000258 | AMHHR File - State Award Order (2012-11-01) | X | |

| Exhibit No. | Bates or Document No. | Description | Harrison | Roe |
|---|---|---|---|---|
| 79 | US00000304-US00000305 | AMHHR File - NCO Evaluation Report (2013-07-27) | X | |
| 80 | US00000032-US00000066 | AMHHR File - Enlistment Contract Armed Forces of the US (2000-08-17) | X | |
| 81 | US00000120 | AMHHR File - Birth Certificate-Adoption Record-Proof of Birth (Soldier) (1977-03-17) | X | |
| 82 | US00000156 | AMHHR File - Promotion or Reduction Orders (2008-03-05) | X | |
| 83 | US00000216-US00000218 | AMHHR File - Army National Guard Annual Statement (2010-09-01) | X | |
| 84 | US00000259 | AMHHR File - State Award order (2012-11-01) | X | |
| 85 | US00000306-US00000307 | AMHHR File - NCO Evaluation Report (2012-11-30) | X | |
| 86 | US00000067 | AMHHR File - Veteran's Education Assistance Act of 1984 (GI Bill) (2000-09-19) | X | |
| 87 | US00000121 | AMHHR File - Record of Awards | X | |
| 88 | US00000157-US00000166 | AMHHR File - Denial of Review of Army Board of Correction of Military Record (2008-02-01) | X | |
| 89 | US00000219 | AMHHR File - Servicemen's Group Life Ins. (SGLI) Election (2010-08-20) | X | |
| 90 | US00000260-US00000265 | AMHHR File - Army National Guard Bonus Addendum (2009-04-01) | X | |
| 91 | US00000308-US00000311 | AMHHR File - Finance Records Review (2014-12-10) | X | |
| 92 | US00000068 | AMHHR File - Orders Announcing the Award of Badges, Bars, Tabs, Etc. (2001-04-01) | X | |
| 93 | US00000122 | AMHHR File - Record of Awards | X | |
| 94 | US00000167-US00000168 | AMHHR File - Assignment or Transfer Order - Army National Guard (2008-04-25) | X | |
| 95 | US00000220-US00000221 | AMHHR File - Record of Emergency Data (2010-08-20) | X | |
| 96 | US00000266 | AMHHR File - Assignment or Transfer Order - Army National Guard (2013-01-09) | X | |
| 97 | US00000312-US00000317 | AMHHR File - Personnel Records Review (2014-12-10) | X | |

| Exhibit No. | Bates or Document No. | Description | Harrison | Roe |
|---|---|---|---|---|
| 98 | US00000069-US00000081 | AMHHR File - Certificate or Release or Discharge From Active Duty (2003-07-18) | X | |
| 99 | US00000123 | AMHHR File - Record of Awards | X | |
| 100 | US00000169-US00000172 | AMHHR File - Army National Guard Retirement Points Statement Supplemental Detailed Report (2009-08-16) | X | |
| 101 | US00000222-US00000224 | AMHHR File - Mobilization Order Amendment (2010-12-15) | X | |
| 102 | US00000267 | AMHHR File - Assignment or Transfer Order - Army National Guard (2013-01-09) | X | |
| 103 | US00000318-US00000319 | AMHHR File - NCO Evaluation Report (2014-07-27) | X | |
| 104 | US00000124 | AMHHR File - Record of Awards | X | |
| 105 | US00000173-US00000179 | AMHHR File - Army National Guard Annual Statement (2008-08-16) | X | |
| 106 | US00000225 | AMHHR File - Servicemen's Group Life Insurance (SGLI) Election (2011-01-28) | X | |
| 107 | US00000268 | AMHHR File - Record of Awards | X | |
| 108 | US00000320 | AMHHR File - Assignment or Transfer Order - Army National Guard (2014-03-20) | X | |
| 109 | US00000125-US00000126 | AMHHR File - Record of Disenrollment From Officer Candidate - Type Training (2005-12-15) | X | |
| 110 | US00000180 | AMHHR File - Assignment or Transfer Order - Army National Guard (2008-09-17) | X | |
| 111 | US00000226-US00000227 | AMHHR File - Record of Emergency Data (2011-01-28) | X | |
| 112 | US00000269 | AMHHR File - Record of Awards | X | |
| 113 | US00000321-US00000322 | AMHHR File - Transcript of Credit For College-University-Trade-Business Schools (2013-05-06) | X | |
| 114 | US00000082 | AMHHR File - Promotion or Reduction Orders - Amendments (2004-08-13) | X | |
| 115 | US00000127 | AMHHR File - Promotion or Reduction Orders (2005-12-15) | X | |
| 116 | US00000181 | AMHHR File - Recommendation for Award (2008-07-11) | X | |
| 117 | US00000228 | AMHHR File - Mobilization Order Amendment (2010-12-15) | X | |

| Exhibit No. | Bates or Document No. | Description | Harrison | Roe |
|---|---|---|---|---|
| 118 | US00000270 | AMHHR File - State Award Order (2012-11-02) | X | |
| 119 | US00000323 | AMHHR File - Army Physical Fitness Records 2014-12-06) | X | |
| 120 | US00000083 | AMHHR File - Promotion or Reduction Orders - Amendments (2004-08-13) | X | |
| 121 | US00000128-US00000129 | AMHHR File - Transcript of Credit for College-University-Trade-Business Schools (2006-05-25) | X | |
| 122 | US00000182 | AMHHR File - Orders Announcing the Award of Badges, Bars, Tabs, Etc. (2008-07-12) | X | |
| 123 | US00000229-US00000231 | AMHHR File - Mobilization Order Amendment (2011-05-19) | X | |
| 124 | US00000271 | AMHHR File - Course Completion Certificate Less Than 40 Hours (2013-03-03) | X | |
| 125 | US00000324 | AMHHR File - Oath of Extension of Enlistment or Reenlistment (2015-04-25) | X | |
| 126 | US00000084-US00000087 | AMHHR File - SMP-ARNG (2004-08-12) | X | |
| 127 | US00000130-US00000131 | AMHHR File - Recommendation for Award (2003-08-15) | X | |
| 128 | US00000183-US00000184 | AMHHR File - Recommendation for Award (2008-07-11) | X | |
| 129 | US00000232-US00000233 | AMHHR File - Record of Emergency Data (2011-06-01) | X | |
| 130 | US00000272-US00000273 | AMHHR File - Servicemen's Group Life Insurance (SGLI) Election (2013-04-06) | X | |
| 131 | US00000325 | AMHHR File - Proof of Weapons Qualification (2015-10-18) | X | |
| 132 | US00000088-US00000092 | AMHHR File - Army Senior Reserve Officers' Training Corps ROTC Student Contract (2003-08-18) | X | |
| 133 | US00000132 | AMHHR File - Docs-Cert That Awd Badges (2003-07-18) | X | |
| 134 | US00000185-US00000186 | AMHHR File - NCO Evaluation Report (2008-09-11) | X | |

| Exhibit No. | Bates or Document No. | Description | Harrison | Roe |
|---|---|---|---|---|
| 135 | US00000234-US00000235 | AMHHR File - Servicemen's Group Life Insurance (SGLI) Election (2011-06-01) | X | |
| 136 | US00000274-US00000275 | AMHHR File - Record of Emergency Data (2013-04-06) | X | |
| 137 | US00000326-US00000331 | AMHHR File - Finance Records Review (2016-03-20) | X | |
| 138 | US00000093 | AMHHR File - Enlistment Contract Armed Forces of the US (2003-07-23) | X | |
| 139 | US00000133 | AMHHR File - Docs-Cert That Award Badges, Awards, Svc Mdls, Tabs or Non-Army Awds No Orders Published (2002-02-12) | X | |
| 140 | US00000187-US00000191 | AMHHR File - Oath of Extension of Enlistment or Reenlistment (2009-04-01) | X | |
| 141 | US00000236-US00000238 | AMHHR File - Promotion or Reduction Orders (2011-08-17) | X | |
| 142 | US00000276-US00000279 | AMHHR File - Divorce or Annulment Decree (2010-09-16) | X | |
| 143 | US00000332-US00000337 | AMHHR File - Personnel Records Review (2016-03-20) | X | |
| 144 | US00000094 | AMHHR File - Personnel Action - Application-Request (2004-01-29) | X | |
| 145 | US00000134-US00000135 | AMHHR File - Recommendation for Award (2002-05-28) | X | |
| 146 | US00000192 | AMHHR File - Oath of Extension of Enlistment or Reenlistment (2009-04-01) | X | |
| 147 | US00000239 | AMHHR File - Promotion or Reduction Orders (2011-08-22) | X | |
| 148 | US00000280 | AMHHR File - Auth to Start, Stop, Change BAQ and or VHA (2013-04-06) | X | |
| 149 | US00000338 | AMHHR File - Oath of Extension of Enlistment or Reenlistment (2016-04-17) | X | |
| 150 | US00000095 | AMHHR File - Transfer Among Army Reserve Components, Control Groups or Units (USAR, ARNG) (2003-07-23) | X | |
| 151 | US00000136 | AMHHR File - Mobilization Order Amendment (2006-03-10) | X | |
| 152 | US00000193 | AMHHR File - Assignment or Transfer Order - Army National Guard (2009-04-14) | X | |

| Exhibit No. | Bates or Document No. | Description | Harrison | Roe |
|---|---|---|---|---|
| 153 | US00000240-US00000242 | AMHHR File - Army National Guard Annual Statement (2011-09-07) | X | |
| 154 | US00000281 | AMHHR File - State Award Order (2013-05-20) | X | |
| 155 | US00000339-US00000340 | AMHHR File - Record of Awards | X | |
| 156 | US00000096-US00000098 | AMHHR File - Statement of Understanding, The Selected Reserve Montgomery GI Bill (10 USC Chapter 1606)(2005-06-09) | X | |
| 157 | US00000137-US00000138 | AMHHR File - Amend Active Duty Orders for AT, ADT, IADT, AGR or ADSW (2007-08-15) | X | |
| 158 | US00000194-US00000195 | AMHHR File - Army National Guard Retirement Points Statement Supplemental Detailed Report (2009-09-01)(Duplicate) | X | |
| 159 | US00000243-US00000244 | AMHHR File - NCO Evaluation Report (2010-11-30) | X | |
| 160 | US00000282-US00000283 | AMHHR File - Miscellaneous Mobilization Documents-Not Restricted (2013-07-16) | X | |
| 161 | US00000341 | AMHHR File - Certificate of Marriage (2016-06-16) | X | |
| 162 | US00000099 | AMHHR File - Personnel Action - Application Request (2005-06-09) | X | |
| 163 | US00000139-US00000144 | AMHHR File - Non-Resident Subcourse Completion Notification (2007-03-22) | X | |
| 164 | US00000196-US00000200 | AMHHR File - Army National Guard Annual Statement (2009-09-01) | X | |
| 165 | US00000245-US00000246 | AMHHR File - NCO Evaluation Report (2011-11-30) | X | |
| 166 | US00000284-US00000285 | AMHHR File - Record of Emergency Data (2013-07-22) | X | |
| 167 | US00000342 | AMHHR File - Assignment or Transfer Order - Army National Guard (2016-06-21) | X | |
| 168 | US00000100-US00000102 | AMHHR File - Record of Military Processing - Armed Forces of the United States (2003-07-23) | X | |
| 169 | US00000145 | AMHHR File - Certificate of Release or Discharge from Active Duty (2007-06-28) | X | |

| Exhibit No. | Bates or Document No. | Description | Harrison | Roe |
|---|---|---|---|---|
| 170 | US00000201 | AMHHR File - Personnel Qualification Record (2010-03-06) | X | |
| 171 | US00000247 | AMHHR File - Mobilization Order Amendment (2011-05-19) | X | |
| 172 | US00000286-US00000287 | AMHHR File - Servicemember's Group Life Insurance (SGLI) Election (2013-07-22) | X | |
| 173 | US00000343 | AMHHR File - Oath of Extension of Enlistment or Reenlistment (2017-02-08) | X | |
| 174 | US00000103-US00000104 | AMHHR File - Enlistment Contract Armed Forces of the US (2003-07-23) | X | |
| 175 | US00000146 | AMHHR File - Certificate of Release or Discharge from Active Duty (2007-07-16) | X | |
| 176 | US00000203-US00000205 | AMHHR File - Retirement Credits Record (2010-03-09) | X | |
| 177 | US00000248-US00000249 | AMHHR File - Certificate of Release or Discharge from Active Duty (2012-05-13) | X | |
| 178 | | AMHHR File - Miscellaneous Mobilization Documents - Not Restricted (2013-07-22) | X | |
| 179 | US00000344 | AMHHR File - Docs-Cert That AWD Badges, Awards, Svc Mdls, Tabs, or Non-Army Awds No Orders Published (2015-07-04) | X | |
| 180 | US00000106-US00000108 | AMHHR File - Statement of Understanding - ARNG Montgomery GI Bill Kicker Program (2003-07-23) | X | |
| 181 | US00000147 | AMHHR File - Amend Active Duty Orders for AT, ADT, IADT, AGR, or ADSW (2006-03-03) | X | |
| 182 | US00000206-US00000207 | AMHHR File - NCO Evaluation Report (2009-09-30) | X | |
| 183 | US00000250 | AMHHR File - Assignment or Transfer Order - Army National Guard (2012-05-14) | X | |
| 184 | US00000289-US00000292 | AMHHR File - Army National Guard Retirement Points History Statement (2013-07-22) | X | |
| 185 | US00000345-US00000346 | AMHHR File - Enlisted Evaluation Report (SGT) (2016-06-28) | X | |
| 186 | US00000109-US00000112 | AMHHR File - Enlistment -Reenlistment Agreement Army National Guard (2003-07-23) | X | |

13

| Exhibit No. | Bates or Document No. | Description | Harrison | Roe |
|---|---|---|---|---|
| 187 | US00000148 | AMHHR File - Amendment of Attachment Order From Attachment Order (2006-03-03) | X | |
| 188 | US00000208-US00000209 | AMHHR File - Personnel Qualification Record (2010-04-07) | X | |
| 189 | US00000251 | AMHHR File - Certificate of Release or Discharge from Active Duty (2012-05-13) | X | |
| 190 | US00000293 | AMHHR File - Certificate of Achievement-Appreciation-Commendation (2013-06-18) | X | |
| 191 | US00000347-US00000348 | AMHHR File - Evaluation Report (2015-07-27) | X | |
| 192 | US00000113 | AMHHR File - Police Record Check - 369DD (Part of 4DD) (2003-07-23) | X | |
| 193 | US00000149 | AMHHR File - Assignment or Transfer Order - Army National Guard (2007-06-29) | X | |
| 194 | US00000210 | AMHHR File - Assignment or Transfer Order - Army National Guard (2010-04-21) | X | |
| 195 | US00000252 | AMHHR File - Temporary Change of Station Contingency-Mobilization Orders (2011-06-29) | X | |
| 196 | US00000294 | AMHHR File - Assignment or Transfer Order - Army National Guard (2013-10-15) | X | |
| 197 | US00000349-US00000350 | AMHHR File - Record of Emergency Data (2016-05-10) | X | |
| 198 | US000001 14 | AMHHR File - Police Record Check - 369DD (Part of 4DD) (2003-07-23) | X | |
| 199 | US00000150-US00000151 | AMHHR File - Orders Announcing the Award of Badges, Bars, Tabs, Etc. (2007-04-30) | X | |
| 200 | US00000211 | AMHHR File - Service School Academic Evaluation Report (2010-05-29) | X | |
| 201 | US00000253-US00000254 | AMHHR File - Temporary Change of Station Contingency-Mobilization Orders (2011-06-29) | X | |
| 202 | US00000295-US00000296 | AMHHR File - Recommendation for Award (2013-05-21) | X | |
| 203 | US00000351-US00000352 | AMHHR File - Servicemen's Group Life Insurance (SGLI) Election (2016-05-10) | X | |
| 204 | US00000115 | AMHHR File - DMDC-RDMS Data and Line Scores (2000-09-12) | X | |

14

| Exhibit No. | Bates or Document No. | Description | Harrison | Roe |
|---|---|---|---|---|
| 205 | US00000152 | AMHHR File - Memorandum of Award (2007-05-01) | X | |
| 206 | US00000212 | AMHHR File - Miscellaneous Mobilization Documents - Not Restricted (2010-06-06) | X | |
| 207 | US00000255 | AMHHR File - Amendment - Temporary Change of Station Contingency-Mobilization Orders (2011-10-22) | X | |
| 208 | US00000297 | AMHHR File - State Award Certificate (2013-05-21) | X | |
| 209 | US00000353-US00000354 | AMHHR File - Enlisted Evaluation Report (SGT) (2017-10-14) | X | |
| 210 | US00000116-US00000117 | AMHHR File - Transcript of Credit for College-University-Trade-Business Schools (2000-08-21) | X | |
| 211 | US00000153 | AMHHR File - Orders Announcing the Award of Badges, Bars, Tabs, Etcetera (2007-04-30) | X | |
| 212 | US00000213 | AMHHR File - Employment Income Tax Withholding W4 (2010-06-06) | X | |
| 213 | US00000256 | AMHHR File - Promotion or Reduction Orders (2012-08-14) | X | |
| 214 | US00000298 | AMHHR File - Transfer Among Army Reserve Components, Control Groups or Units (USAR, ARNG) (2014-03-20) | X | |
| 215 | US00000118 | AMHHR File - Copy of Driver's License (1977-03-17) | X | |
| 216 | US00000154 | AMHHR File - Assignment or Transfer Order - Army National Guard (2008-03-04) | X | |
| 217 | US00000214 | AMHHR File - Direct Deposit (2010-06-10) | X | |
| 218 | US00000257 | AMHHR File - Assignment or Transfer Order - Army National Guard (2012-08-21) | X | |
| 219 | US00000299-US00000303 | AMHHR File - Army National Guard Annual Statement (2014-06-06) | X | |
| 220 | US00000030-US00000031 | AMHHR File - Transcript of Credit for College-University-Trade-Business Schools (2000-08-21) | X | |
| 221 | US00000119 | AMHHR File - Verification or Correction (2000-08-09) | X | |

15

| Exhibit No. | Bates or Document No. | Description | Harrison | Roe |
|---|---|---|---|---|
| 222 | US00000155 | AMHHR File - HQDA Memorandum for Record (2008-02-26) | X | |
| 223 | | Army Directive 2018-22 | X | |
| 224 | | Memo from ASA dated Nov. 9, 2018 | X | |
| 225 | A-00101–A-00141 | Air Force Instruction 10-203, "Duty Limiting Conditions," November 20, 2014 | | X |
| 226 | A-00142–A-00158 | Air Force Instruction 36-2603, "Air Force Board for Correction of Military Records (AFBCMR)," September 18, 2017 | | X |
| 227 | A-00159–A-00293 | Air Force Instruction 36-2606, "Reenlistment and Extension of Enlistment in the United States Air Force," July 27, 2017 | | X |
| 228 | A-00338 | AFM&R Memo re "Appropriate Evaluation of Fitness for Continued Service for Airmen with Asymptomatic Human Immunodeficiency Virus (HIV)," June 6, 2018 | | X |
| 229 | A-00339-A-00340 | AFM&R Memo re "Airmen with Asymptomatic Human Immunodeficiency Virus (HIV) Disposition," September 26, 2018 | | X |
| 230 | A-00341 | USAF/A1P Memo re "Retention of Airmen with Asymptomatic HIV," October 11, 2017 | | X |
| 231 | A-00342–A-00363 | CENTCOM MOD 13 to CENTCOM Individual Protection and Individual-Unit Deployment Policy, March 2017 | X | X |
| 232 | A-00429–A-00433 | Scott P, Hakre S, et al., Short Communication Investigation of Incident HIV Infections Among U.S. Army Soldiers Deployed to Afghanistan and Iraq, 2001-2007. AIDS Research and Human Retroviruses. 2012;28(10):1308-1312. | X | X |
| 233 | A-00434–A-00439 | Blaylock J, Hakre S, et al., HIV Preexposure Prophylaxis in the U.S. Military Services - 2014-2016. CDC Morbidity and Mortality Weekly Report. 2018;67(2):569-574. | X | X |

| Exhibit No. | Bates or Document No. | Description | Harrison | Roe |
|---|---|---|---|---|
| 234 | A-00440–A-00449 | Chun T, Justement J, et al., Rebound of plasma viremia following cessation of antiretroviral therapy despite profoundly low levels of HIV reservoir: implications for eradication. AIDS. 2010;24(18):2803-2808. | X | X |
| 235 | A-00450–A-00456 | Hakre S, Manak M, et al., Transfusion-transmitted human T-lymphotropic virus Type I infection in a United States military emergency whole blood transfusion recipient in Afghanistan, 2010. Transfusion. 2013;53:2176-2182. | X | X |
| 236 | A-00460–A-00462 | SAF/MRBP Memo re Discharge Recommendation--Roe | | X |
| 237 | A-00463 | AFPC/DPFDD Memo re Review of PEB Proceedings--Roe | | X |
| 238 | A-00464–A-00470 | Office of Airmen's Counsel Memo re Roe FPEB Appeal, with attachments | | X |
| 239 | A-00471–A-00472 | Roe Memo re FPEB Appeal | | X |
| 240 | A-00473–A-00474 | Letter of Reference, Roe | | X |
| 241 | A-00475–A-00476 | Letter of Reference, Roe | | X |
| 242 | A-00477–A-00478 | Letter of Reference, Roe | | X |
| 243 | A-00479 | Letter from Doctor, Roe | | X |
| 244 | A-00480–A-00481 | FPEB Findings and Recommended Disposition, Roe | | X |
| 245 | A-00482–A-00548 | FPEB Contention Slip, with Exhibits | | X |
| 246 | A-00549–A-00550 | IPEB Findings and Recommended Disposition, Roe | | X |
| 247 | A-00551–A-00552 | Personal Data, Roe | | X |
| 248 | A-00553 | Checklist for MEB, Roe | | X |
| 249 | A-00554–A-00555 | Medical Board Report, Roe | | X |
| 250 | A-00556–A-00557 | Commander's Impact Statement for MEB, Roe | | X |
| 251 | A-00558 | Impartial Review Election, Roe | | X |

| Exhibit No. | Bates or Document No. | Description | Harrison | Roe |
|---|---|---|---|---|
| 252 | A-00559-A-00561 | Letter of Exception, Roe | | X |
| 253 | A-00562-A-00566 | Character Statements, Roe | | X |
| 254 | A-00567 | DES Counseling Acknowledgment Sheet, Roe | | X |
| 255 | A-00568 | Duty Limiting Condition Report, Roe | | X |
| 256 | A-00569-A-00575 | Narrative Summary, Roe | | X |
| 257 | A-00576-A-00625 | Veterans Affairs Compensation and Pension Physical, Roe | | X |
| 258 | A-00626-A-00633 | Medical Records, Roe | | X |
| 259 | A-00634-A-00658 | Entrance Medical Exam, Roe | | X |
| 260 | A-00659-A-00663 | Veterans Affairs DES Proposed Rating, Roe | | X |
| 261 | A-00664-A-00665 | Veterans Affairs DES Proposed Rating Coding Sheet, Roe | | X |
| 262 | A-00666-A-00667 | Request and Authorization for Separation, Roe | | X |
| 263 | A-00668-A-00739 | Active Duty Deployment TDY Rate for FY 2018 | | X |
| 264 | A-00740-A-00744 | Active Duty Deployment Statistics for FY 2015-2017 | | X |
| 265 | A-00747-A-00749 | SAF/MRBP Memo re Discharge Recommendation, Voe | | X |
| 266 | A-00750-A-00751 | Voe Memo re FPEB Appeal | | X |
| 267 | A-00753 | FPEB Contention Slip, Voe | | X |
| 268 | A-00754 | AFPC/DPFDD Memo re Review of PEB Proceedings, Voe | | X |
| 269 | A-00755-A-00756 | FPEB Findings and Recommended Disposition, Voe | | X |
| 270 | A-00757-A-00758 | IPEB Findings and Recommended Disposition, Voe | | X |
| 271 | A-00759 | Personal Data, Voe | | X |
| 272 | A-00760 | Checklist for MEB, Voe | | X |
| 273 | A-00761-A-00762 | Medical Board Report, Voe | | X |
| 274 | A-00763-A-00764 | Commander's Impact Statement for MEB, Voe | | X |

| Exhibit No. | Bates or Document No. | Description | Harrison | Roe |
|---|---|---|---|---|
| 275 | A-00765 | Impartial Review Election, Voe | | X |
| 276 | A-00766 | DES Counseling Acknowledgment Sheet, Voe | | X |
| 277 | A-00767 | Voe MEMO re Request for Retention Beyond ETS | | X |
| 278 | A-00768 | Duty Limiting Condition Report, Voe | | X |
| 279 | A-00769-A-00789 | iRILO-MEB Narrative Summary | | X |
| 280 | A-00790-A-00908 | Veterans Affairs Compensation and Pension Physical, Voe | | X |
| 281 | A-00909-A-00920 | Entrance Medical Exam, Voe | | X |
| 282 | A-00921-A--00930 | Veterans Affairs DES Proposed Rating, Voe | | X |
| 283 | A-00931-A-00933 | Veterans Affairs DES Coding Sheet, Voe | | X |
| 284 | A-00934 | Action on PEB Findings and Recommended Disposition, Voe | | X |
| 285 | A-00935-A-00941 | Veterans Affairs Benefits Letter, Voe | | X |
| 286 | A-00942-A-00943 | Request and Authorization for Separation, Voe | | X |
| 287 | A-00944-A-01015 | Active Duty Deployment TDY Rate for Fiscal Year 2018 | | X |
| 288 | A-01016-A-01020 | Active Duty Deployment Statistics for FY 2015-2017 | | X |
| 289 | A-01021-A-01022 | Certification of Administrative Record, Roe | | X |
| 290 | A-01023-A-01024 | Certification of Administrative Record, Voe | | X |
| 291 | A-01025-A-01068 | Joint Theater Trauma System Clinical Practice Guideline, Fresh Whole Blood (FWB) Transfusion | X | X |
| 292 | A-01069 | Supplemental Administrative Record Certification | | X |
| 293 | A-01070 | Voting Sheet | | X |
| 294 | A-01071 | Supplemental Administrative Record Certification | | X |
| 295 | A-01072-A-01074 | Voting Sheets | | X |
| 296 | | Air Force Policy Directive 44-1, "Medical Operations," June 9, 2016 | | X |

| Exhibit No. | Bates or Document No. | Description | Harrison | Roe |
|---|---|---|---|---|
| 297 | | Aberg J, Gallant J, et al., "Primary Care Guidelines for the Management of Persons Infected with HIV: 2013 Update by the HIV Medicine Association of the Infectious Diseases Society of America." Clinical Infectious Dis. 2014;58(1):e1-34. | X | X |
| 298 | | Air Force Instruction 36-3212, "Physical Evaluation for Retention, Retirement, and Separation," February 2, 2012 (incorporating through Change 2, November 27, 2009). | | X |
| 299 | | Air Force Guidance Memorandum to AFI 41-210 and AFI 41-210, "TRICARE Operations and Patient Administration Functions," September 27, 2018 | | X |
| 300 | | HHS, Guidelines for the Use of Antiretroviral Agents in Adults and Adolescents Living with HIV. | X | X |
| 301 | | CDC, Integrated Prevention Services for HIV Infection, Viral Hepatitis, Sexually Transmitted Diseases, and Tuberculosis for Persons Who Use Drugs Illicitly:  Summary Guidance from CDC and HHS | X | X |
| 302 | | CDC, Evidence of HIV Treatment and Viral Suppression in Preventing the Sexual Transmission of HIV | X | X |
| 303 | | Marks G, Patel U, et al., "Single Viral Load Measurements Overestimate Stable Viral Suppression Among HIV Patients in Care: Clinical and Public Health Implications." 73 J. of Acquired Immune Deficiency Syndromes 205 (Oct. 2016) | X | X |
| 304 | US00031224-US00031233 | CENTCOM, MOD 13 Tab A, Amplification of the Minimal Standards of Fitness for Deployment to the CENTCOM AOR | X | X |
| 305 | | CENTCOM, Mod 13 Tab B, Amplification of Requirements for Permanent Change of Station Personnel in the CENTCOM AOR | X | X |
| 306 | | CENTCOM, MOD 13 Tab C, CENTCOM Medical Waiver Request | X | X |

| Exhibit No. | Bates or Document No. | Description | Harrison | Roe |
|---|---|---|---|---|
| 307 | USX00000001-7 | Routine Screening for Antibodies to Human Immunodeficiency Virus, Civilian Applicants for U.S. Military Service And U.S. Armed Forces, Active and Reserve Components, January 2013-June 2018, MSMR 25(9):2-8 (Sept. 2018) | X | X |
| 308 | USX00000008-11 | Siedner & Triant, "Undetectable = Untransmittable and Your Health," J. Inf. Dis. 2019:219 (2018) | X | X |
| 309 | USX00000012-43 | Active Duty ART Outcomes v2.0, updated March 31, 2019 | X | X |
| 310 | USX00000044-91 | Kuhar et al., "US PHS Guidelines for the Management of Occupational Exposures to HIV" | X | X |
| 311 | USX00000092-93 | CDC, "Interim Statement Regarding Potential Fetal Harm from Exposure to Dolutegravir — Implications for HIV Post-exposure Prophylaxis (PEP)" | X | X |
| 312 | USX00000094-184 | CDC, "Updated Guidelines for Antiretroviral Postexposure Prophylaxis After Sexual, Injection Drug Use, or Other Nonoccupational Exposure to HIV United States, 2016" | X | X |
| 313 | USX00000185-194 | Brett-Major et al., "Costs and Consequences: Hepatitis C Seroprevalence in the Military and Its Impact on Potential Screening Strategies," Hepatology 63(2):398-407 (2016) | X | X |
| 314 | USX00000195-212 | Patel et al., "Estimating per-act HIV Transmission risk: a systematic review," AIDS. 2014 June 19; 28(10): 1509-1519. | X | X |
| 315 | USX00000218-244 | CDC, "Recommendations for Postexposure Interventions to Prevent Infection with Hepatitis B Virus, Hepatitis C Virus, or Human Immunodeficiency Virus, and Tetanus in Persons Wounded During Bombings and Other Mass-Casualty Events --- United States, 2008" MMWR, 57(RR06):1-19 (Aug. 1, 2018) | X | X |

21

| Exhibit No. | Bates or Document No. | Description | Harrison | Roe |
|---|---|---|---|---|
| 316 | USX00000245-251 | Chandler et al., "The US Military Experience With Fresh Whole Blood During the Conflicts in Iraq and Afghanistan," Seminars in Cardiothoracic and Vascular Anesthesia 16(3) 153-159 (2012) | X | X |
| 317 | USX00000252-263 | Abbott RealTime HIV-1 Instructions | X | X |
| 318 | USX00000264-305 | COBAS AmpliPrep/COBAS TaqMan HIV-1 Test, version 2.0 Instructions | X | X |
| 319 | USX00000306-343 | WRAIR, Specimen Submission Guidelines (June 2017) | X | X |
| 320 | | AMPLICOR HIV-1 Monitor Test Instructions | X | X |
| 321 | Hendrix Ex. 14 | Notice of Discontinuation of AMPLICOR HIV-1 Monitor Test | X | X |
| 322 | USX00000699-740 | FORSCOM Presentation dated May 1, 2019 | X | X |
| 323 | USX00000488-494 | Okulicz et al., "Review of the U.S. Military's Human Immunodeficiency Virus Program," MSMR 24(9):2-7 (Sept. 2017) | X | X |
| 324 | USX00000495-500 | Pacha et al., "Centralized HIV Program Oversight: An Investigation of a Case Series of New HIV Infections among US Army Soldiers, 2012 to 2013," Medicine 94(46):1-6 (2015) | X | X |
| 325 | | CRS, "Acquired Immune Deficiency Syndrome and Military Manpower Policy," February 12, 1988 | X | X |
| 326 | | CRS, "HIV-1/AIDS and Military Manpower Policy," November 28, 2000 | X | X |
| 327 | | Thomas A, Grillo M, et al., "Military HIV Policy Assessment in Sub-Saharan Africa." Military Medicine 2014;179(7):773-777 | X | X |
| 328 | US00003144-3148 | Letter to Secretary of Defense dated April 22, 2017 | X | |
| 329 | US00003149-3150 | Letter to Army G-1 dated April 22, 2017 | X | |
| 330 | Harrison 26-3 | Letter to J. Wright dated Feb. 23, 2015 | X | |
| 331 | Taylor Ex. 5 | OraQuick Advance Rapid HIV-1/2 Antibody Test Instructions | X | X |
| 332 | | AFGM 2019-36-01 dated Feb. 19, 2019 | | X |

| Exhibit No. | Bates or Document No. | Description | Harrison | Roe |
|---|---|---|---|---|
| 333 | | ASBP Medical Conditions List, dated Feb. 2019 | X | X |
| 334 | NH-000020 | Letter from S. Barna, dated July 26, 2016 | X | |
| 335 | Hendrix Ex. 9 | Eisinger, et. al, "HIV Viral Load and Transmissibility of HIV Infection: Undetectable Equals Untransmittable," February 15, 2019 | X | X |
| 336 | Hendrix Ex. 8 | Alcorn, Keith, "Two cases of HIV transmission through breastfeeding in mothers with undetectable viral load reported," November 20, 2018 | X | X |
| 337 | | Chun T, Moir S, et al, "HIV reservoirs as obstacles and opportunities for an HIV cure," June 2015 | X | X |
| 338 | | SMART Study Group, "CD4+ Count-Guided Interruption of Antiretroviral Treatment," November 30, 2006 NEJM | X | X |
| 339 | | CDC, "HIV Basics: HIV Transmission" | X | X |
| 340 | US00001934 | Interim letter from ARD dated  May 1, 2017 | X | |
| 341 | US00001055 | Enlisted Record Brief | X | |
| 342 | US00002057 | Army Staffing Form for Request for Waiver | X | |
| 343 | US00002975 | Letter from S. Saunders dated May 4, 2017 | X | |

DATE: June 5, 2019

Respectfully submitted,

G. ZACHARY TERWILLIGER                    JOSEPH H. HUNT
United States Attorney                     Assistant Attorney General
                                           Civil Division

          /s/
R. TRENT MCCOTTER                          ANTHONY J. COPPOLINO
Assistant United States Attorney           Deputy Director
2100 Jamieson Avenue                        Federal Programs Branch
Alexandria, Virginia 22314
Tel: (703) 299-3845                        JOSHUA C. ABBUHL
Fax: (703) 299-3983                        REBECCA CUTRI-KOHART
trent.mccotter@usdoj.gov                    ROBERT M. NORWAY
                                           Trial Attorneys
                                           U.S. Department of Justice
                                           Civil Division
                                           Federal Programs Branch
                                           1100 L Street, N.W.
                                           Washington, D.C. 20530
                                           Telephone: (202) 353-0889
                                           Facsimile: (202) 616-8460
                                           robert.m.norway@usdoj.gov

                                           *Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this date, I filed the foregoing using the Court's CM/ECF

system, which will send a notification of electronic filing (NEF) to the following counsel of record:

ANDREW R. SOMMER
Va. Bar Number 70304
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
sommera@gtlaw.com

_____/s/_____
R. TRENT MCCOTTER
Assistant United States Attorney
Office of the United States
Attorney
Justin W. Williams U.S.
Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:      (703) 299-3845
Fax:      (703) 299-3983
Email:trent.mccotter@usdoj.gov

*Counsel for Defendants*
