**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| RICHARD ROE, ET AL., | |
| PLAINTIFFS, | |
| v. | CIVIL ACTION NO. 1:18-cv-01565 |
| PATRICK M. SHANAHAN, ET AL., | |
| DEFENDANTS. | |
| | |
| NICHOLAS HARRISON, ET AL., | |
| PLAINTIFFS, | |
| V. | CIVIL ACTION NO. 1:18-CV-00641 |
| PATRICK M. SHANAHAN, ET AL., | |
| DEFENDANTS. | |

**PLAINTIFFS' EXHIBIT LIST**

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX001 | Department of Defense Instruction 6485.01 (1991 version): Human Immunodeficiency Virus (HIV) in Military Service Members | 3/19/91 | | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX002 | Department of Defense Instruction 6485.01 (2006 version): Human Immunodeficiency Virus (HIV) in Military Service Members | 10/17/06 | US00021177– 00021182 | | | |
| PX003 | Department of Defense Instruction 6485.01 (current version): Human Immunodeficiency Virus (HIV) in Military Service Members | 6/7/13 | NH-000157–000164 | | | |
| PX004 | Comment Matrix for DoDI 6485.01 | 8/00/12 | US00013978_001– US00013978_007 | | | |
| PX005 | Department of Defense Instruction 6490.07: Deployment-Limiting Medical Conditions for Service Members and DoD Civilian Employees | 2/5/10 | US00003652– 00003665 | | | |
| PX006 | Action Memo for the Deputy Under Secretary of Defense: DoD instruction 6490.gg, "Deployment-Limiting Medical Conditions for Service Members and DoD Civilian Employees" | 1/20/10 | US00013979– 00014029 | | | |
| PX007 | Department of Defense Instruction 6130.03: Medical Standards for Appointment, Enlistment, or Induction into the Military Services | 5/6/18 | NH-000604–000652 | | | |
| PX008 | Action Memo for the Under Secretary of Defense for Personnel and Readiness: Proposed Department of Defense Instruction 6130.3, "Medical Standards for Appointment, Enlistment, or Induction into the Military Services" | 3/28/18 | US00013857– 00013977 | | | |

2

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX009 | Department of Defense Instruction 1332.18: Disability Evaluation System (DES) | 5/17/18 | US00007238–00007292 | | | |
| PX010 | Department of Defense Instruction 1332.45: Retention Determinations for Non-Deployable Service Members | 7/30/18 | NH-000102–000121 | | | |
| PX011 | Department of Defense Instruction 6025.19: Individual Medical Readiness | 6/4/19 | NH-000524–000538 | | | |
| PX012 | Air Force Guidance Memorandum Establishing Guidance for Implementing Department of Defense Instruction (DoDI) 1332.45, *Retention Determinations for Non-Deployable Service Members* | 2/19/19 | OutServe_RV-000275–000281 | | | |
| PX013 | Air Force Instruction 44-178: Human Immunodeficiency Virus(HIV) in Military Service Members | 6/28/16 | OutServe_RV-000716–000759 | | | |
| PX014 | Air Force Instruction 48-122: Deployment Health (2015 version) | 5/14/15 | US00030079–00030101 | | | |
| PX015 | Air Force Instruction 48-122: Deployment Health (current version) | 6/12/17 | US00030102–00030132 | | | |
| PX016 | Air Force Instruction 48-123: Medical Examinations and Standards | 11/5/13 | | | | |
| PX017 | Air Force Instruction 36-3212: Physical Evaluation for Retention, Retirement, and Separation | 11/27/09 | OutServe_RV-000618–000715 | | | |
| PX018 | Air Force Instruction 36-3802: Force Support Readiness Program | 1/9/19 | | | | |
| PX019 | Air Force Memorandum on the Retention of Airmen with Asymptomatic HIV | 10/11/17 | US00031061 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX020 | Memorandum for Air Force Personnel Center, Air Force Medical Standards Branch, and Air Force Medical Operations: Appropriate Evaluation of Fitness for Continued Service for Airmen with Asymptomatic Human Immunodeficiency Virus (HIV) | 6/6/18 | OutServe-000150–000152 | | | |
| PX021 | Memorandum for Air Force Review Boards Agency, Air Force Personnel Center, Air Force Medical Standards Branch, and Air Force Medical Operations Agency: Airmen with Asymptomatic Human Immunodeficiency Virus (HIV) Disposition | 9/26/18 | US00031049–00031050 | | | |
| PX022 | Army Regulation 600-110: Identification, Surveillance, and Administration of Personnel Infected with Human Immunodeficiency Virus (1988 version) | 4/11/88 | | | | |
| PX023 | Army Regulation 600-110: Identification, Surveillance, and Administration of Personnel Infected with Human Immunodeficiency Virus (current version) | 4/22/14 | NH-000023–000085 | | | |
| PX024 | Army Regulation 40-501: Standards of Medical Fitness | 6/14/17 | NH-000349–000499 | | | |
| PX025 | SECNAV Instruction 5300.30F: Management of Human Immunodeficiency Virus, Hepatitis B Virus, and Hepatitis C Virus Infection in the Navy and Marine Corps | 12/27/18 | US00031478–00031513 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX026 | SECNAV Instruction 5300.30E: Management of Human Immunodeficiency Virus, Hepatitis B Virus, and Hepatitis C Virus Infection in the Navy and Marine Corps | 8/13/12 | NH-000165–000187 | | | |
| PX027 | SECNAV Instruction 1850.4E: Department of the Navy (DON) Disability Evaluation Manual | 4/30/02 | US00004968–00005268 | | | |
| PX028 | MILPERSMAN 1300-1300: Assignment of Personnel with Bloodborne Pathogens (BPP) | 8/6/13 | US00005512–00005524 | | | |
| PX029 | Department of the Navy Memorandum for Assistant Secretary of Defense for Health Affairs: Request for Information (RFI) Regarding Personnel with Human Immunodeficiency Virus (HIV) and Approved Deployment Waivers | 7/23/18 | US00020075–00029984 | | | |
| PX030 | Marine Corps Order 1300.8: Marine Corps Personnel Assignment Policy | 9/18/14 | US00015950–00016028 | | | |
| PX031 | OPNAV Instruction 1300.20: Deployability Assessment and Assignment Program | 9/25/18 | US00019649–00019666 | | | |
| PX032 | COMNAVCRUITCOMINST 1130.8K, Chapter 2, Section 7 "Physical Requirement" | 5/10/17 | US00014452–00014473 | | | |
| PX033 | COMNAVCRUITCOMINST 1130.8K, Chapter 3 "Waivers" | 5/10/17 | US00014507–00014521 | | | |
| PX034 | Memorandum for SEE Distribution: Army Direction 2018-22 (Retention Policy for Non-Deployable Soldiers) | 11/8/18 | US00006912–00006919 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX035 | Memorandum for SEE Distribution: Characterization of Human Immunodeficiency Virus (HIV) Positive Soldier Deployable Status for the Purpose of Calculating Non-Deployable Time | 11/9/18 | US00005451– 00005452 | | | |
| PX036 | Information Paper for the Navy, Army, and Air Force: Accession Qualification Standards for Human Immunodeficiency Virus (HIV) Infection | 9/00/15 | US00010760_00001– 00002 | | | |
| PX037 | Information Paper: Request for Exemption to Policy for Identification, Surveillance, and Administration of Personnel Infected with Human Immunodeficiency Virus, to provide updated information on Sgt. Harrison, Nicholas request for exception to policy (ETP) | 7/11/16 | US00001997– 00002011 | | | |
| PX038 | Department of Defense Personnel Policies Regarding Members of the Armed Forces Infected with Human Immunodeficiency Virus: Report to the Committees on the Armed Services of the Senate and House of Representatives, dated August 2018 ("2018 Report to Congress") | 8/27/18 | OutServe_RV- 000071–000104 | | | |
| PX039 | List of Documents considered by Dr. Donald Shell in the Report to Congress on HIV Personnel Policies | | US00004965– 00004967 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX040 | Report to Congressional Defense Committees on Department of Defense Personnel Policies Regarding Members of the Armed Forces with HIV or Hepatitis B ("2014 Report to Congress") | 9/22/14 | US00000659– 00000674 | | | |
| PX041 | USCENTCOM 231245Z March 207 Modification Thirteen to USCENTCOM Individual Protection and Individual-Unit Deployment Policy ("Mohd 13") | 3/00/17 | US00009910– 00009931 | | | |
| PX042 | PPG-TAB A: Amplification of the Minimal Standards of fitness for Deployment to the CENTCOM AOR; To Accompany Mod Thirteen to USCENTCOM Individual Protection and Individual/Unit Deployment Policy ("Tab A to Mod 13") | | US00010225– 00010234 | | | |
| PX043 | USEUCOM Genadmin for Deployment Force Health Protection | 11/00/15 | | | | |
| PX044 | NORAD and USNORTHCOM Instruction 44-163, *Individual Medical Readiness* | 4/19/12 | | | | |
| PX045 | USINDOPACOM Force Health Protection | 9/00/18 | | | | |
| PX046 | SOUTHCOM Force Health Protection | 12/7/17 | | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX047 | Memorandum for Secretaries of the Military Departments; Chairman of the Joint Chiefs of Staff; Under Secretaries of Defense; Deputy Chief Management Officer; Chief, National Guard Bureau; Director of Cost Assessment and Program Evaluation: DoD Retention Policy for Non-Deployable Service Members | 2/14/18 | US00006607– 00006608 | | | |
| PX048 | Memorandum for Assistant Secretary of the Army, Navy, Air Force: Policy Memorandum – Human Immunodeficiency Virus Interval Testing | 3/29/04 | NH-000310–000324 | | | |
| PX049 | HIV Country Restrictions, Summary of Findings | | US00041277– 00041278 | | | |
| PX050 | Armed Services Blood Program Medical Condition List, listing medical conditions that render a person ineligible to donate blood | 2/00/19 | US00040539– 00040573 | | | |
| PX051 | OraQuick Advance® Rapid HIV-1/2 Antibody Test, Customer Letter | | US00040756– 00040773 | | | |
| PX052 | Deployment statistics showing numbers of active duty members who deployed at least once from FY 2015 to FY 2017 | | US00031094– 00031114 | | | |
| PX053 | Active Duty Deployment TDY Rate for Fiscal Year 2018 | 9/00/18 | US00031134– 00031188 | | | |
| PX054 | Army Public Health Center: Malaria Field Guide, The Prevention, Diagnosis and Treatment of Malaria in the U.S. Africa Command (USAFRICOM) | 5/00/16 | NH-000188–000254 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX055 | Assistant Secretary of Defense, Health Affairs, Memorandum regarding Guidance on Medications for Prophylaxis of Malaria | 4/15/13 | OutServe_RV-000894–000897 | | | |
| PX056 | Army Staffing Form: Request for Exemption to Army Regulation 600-110, Identification, Surveillance, and Administration of Personnel Infected with Human Immunodeficiency Virus, with attached Harrison request for exception to policy | 1/8/16 | US00025518–00025540 | | | |
| PX057 | Joint Trauma System Clinical Practice Guideline for Whole Blood Transfusion | 5/15/18 | US00005296–00005334 | | | |
| PX058 | Armed Services Blood Program, "About Us" | 6/29/18 | NH-000539–000540 | | | |
| PX059 | Update to Secretary to the Army From TSG in response to question regarding the deployability of HIV+ Soldiers in light of the recent release of DoDI 1332.45 (Retention Determination for Non-Deployable Service Members) | 8/10/18 | US00025937 | | | |
| PX060 | Army Staffing Form: Army-wide Review for Major Revision of AR 600-110, Identification, Surveillance, and Administration of Personnel Infected with Human Immunodeficiency Virus | 9/17/18 | US00025945–00025947 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX061 | PDF pages of a tracking spreadsheet showing the requests that Lisa Lute received for exceptions to AR 600-110, their status, and their outcome, from 12/18/13 through 10/9/18 | 10/9/18 | Lute Ex. 19A | | | |
| PX062 | Asymptomatic HIV Case Summaries regarding decisions on 10 cases considered on October 18, 2018 | 10/18/18 | US00031443– 00031444 | | | |
| PX063 | Presentation including table attached to Murray Report showing "HIV-infected AD SM Viral Suppression" | 5/1/19 | | | | |
| PX064 | Summaries of Three Recent HIV Cases, finding two of three "fit, return to duty" because "with the exception of not being worldwide deployable" they do "not meet any other DoDI 1332.18 criteria for being found unfit | | US00031836– 00031837 | | | |
| PX065 | Criteria for Considering HIV Cases (including Richard Roe), finding two of three "fit, return to duty" because not being worldwide deployable is only limitation, and finding one not fit because he cannot fly, which is his primary duty | | US00033270– 00033271 | | | |
| PX066 | U.S. Military Entrance Processing Command Document stating that under army regulations, HIV positivity by itself does not fail retention standards | | US00003436_0001 | | | |
| PX067 | Chart of Deployment Limiting Conditions requiring waivers | | US00006143_0001 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX068 | Annual Decision Gate In Progress Review for the Transfusion Transmitted Disease Rapid Diagnostic Device (TTDRDD) Product Development Effort | 8/12/15 | US00040435– 00040459 | | | |
| PX069 | Armed Service Blood Program Development of Rapid Field Tests for Transfusion Transmitted Diseases and ABO Rh Compatibility | 8/2/07 | US00040796– 00040807 | | | |
| PX070 | Staff Summary Sheet from Col. Prater regarding Medical Fitness Determinations for Airmen with Asymptomatic HIV | 6/22/18 | US00031427_0001 | | | |
| PX071 | Staff Summary Sheet from Col. Prater regarding Medical Fitness Determinations for Airmen with Asymptomatic HIV | 6/21/18 | US00031788_0001 | | | |
| PX072 | OutServe-SLDN, Inc. Leaders and Locations List | | OutServe-000019 | | | |
| PX073 | First Amended and Restated Bylaws of OutServe | 6/9/18 | OutServe-000012– 000018 | | | |
| PX074 | OutServe Certificate of Incorporation | | OutServe-000001– 000005 | | | |
| PX075 | OutServe-SLDN Positive Forum | | OutServe-000025 | | | |
| PX076 | OutServe-SLDN Transgender Forum | | OutServe-000026 | | | |
| PX077 | OutServe Afghanistan/Iraq | | OutServe-000027 | | | |
| PX078 | OutServe-Belgium | | OutServe-000028 | | | |
| PX079 | OutServe-SLDN Christian Service Members Forum | | OutServe-000029 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX080 | Donate to OutServe-SLDN | 11/2/18 | OutServe-000030–000039 | | | |
| PX081 | OutServe Germany | | OutServe-000045 | | | |
| PX082 | OutServe-SLDN Hawaii | | OutServe-000046 | | | |
| PX083 | Richard Roe joining OutServe-SLDN email list | 8/20/18 | OutServe-000047–000054 | | | |
| PX084 | OutServe National Capital Region | | OutServe-000055 | | | |
| PX085 | OutServe-SLDN Network | | OutServe-000056 | | | |
| PX086 | Nicholas Harrison joining OutServe-SLDN email list | 8/28/18 | OutServe-000057–000064 | | | |
| PX087 | OutServe-SLDN, Inc. Bylaws | | OutServe-000065–000069 | | | |
| PX088 | OutServe-SLDN, Inc. First Amended and Restated Bylaws | 6/9/18 | OutServe_RV-000249–000255 | | | |
| PX089 | OutServe-SLDN Military Advisory Council "Mission and Responsibilities" | | OutServe_RV-000261–000267 | | | |
| PX090 | OutServe-SLDN Positive Forum list showing inclusion of plaintiffs and declarants as members | | OutServe-000070–000076 | | | |
| PX091 | OutServe-UK | | OutServe-000081 | | | |
| PX092 | OutServe-SLDN, Inc., *Freedom to Serve Guide* (2nd ed.) | 00/00/18 | OutServe_RV-000004–000070 | | | |
| PX093 | Nicholas Harrison Resume | | NH-001506–001510 | | | |
| PX094 | Nicholas Harrison Resume (different form) | | US00000949–00000950 | | | |
| PX095 | Nicholas Harrison letter to the Judge Advocate Recruiting Office | 10/29/10 | US00000838 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX096 | Congratulations email informing Nicholas Harrison that he was pre-selected by the Judge Advocate General | 1/27/11 | NH-001931–001934 | | | |
| PX097 | Nicholas Harrison letter to the Judge Advocate Recruiting Office, renewing interest in commissioning | 2/26/2011 | US00000918 | | | |
| PX098 | Nicholas Harrison 2011 Army JAG Application | 2/26/11 | US00000880–00000917 | | | |
| PX099 | Certificate of Release or Discharge from Active Duty for Nicholas Harrison | 3/27/12 | NH-001552–001555 | | | |
| PX100 | NCO Evaluation Report for Nicholas Harrison | 1/8/14 | NH-001662–001678 | | | |
| PX101 | Letter from Dr. Czarnogorski certifying that Nicholas Harrison is healthy and fit for application for a JAG officer position | 2/12/14 | NH-001614 | | | |
| PX102 | Letter from Oklahoma Board of Bar Examiners informing the DC Bar that Nicholas Harrison had successfully passed the Oklahoma bar examination | 3/28/14 | NH-001960–001961 | | | |
| PX103 | HealthVet Personal Health Record for Nicholas Harrison as of 4/24/14 | 4/24/14 | NH-001979–001994 | | | |
| PX104 | Memorandum for Record regarding Drug and Alcohol Testing for Sgt Harrison, Nicholas, showing no positive tests | 8/20/14 | NH-001550 | | | |
| PX105 | Army Physical Fitness Test Scorecard for Nicholas Harrison | 12/6/14 | US00000323 | | | |
| PX106 | Memorandum denying Nicholas Harrison's request for waiver, with application for waiver attached | 12/30/14 | US00003219–00003254 | | | |

13

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX107 | Letter of Admission to the DC Bar for Nicholas Harrison | 1/9/15 | NH-001551 | | | |
| PX108 | NCO Evaluation Report for Nicholas Harrison | 1/10/15 | NH-001539–1540 | | | |
| PX109 | HealthVet Personal Information Report as of 1/1/15 | 1/10/15 | NH-001623–001638 | | | |
| PX110 | Medical Action Detail regarding Accession Waiver Commission for Sergeant (SGT) Nicholas Harrison, with notes page | 1/15/15 | US00003256–00003257 | | | |
| PX111 | Memorandum from Nicholas Harrison regarding a Request for an Exception to Policy (AR 600-110, DoDI 6485.01) | 2/23/15 | NH-000014–000016 | | | |
| PX112 | Letter from the Deputy Director Accessions Policy to Nicholas Harrison, in response to Nicholas Harrison's Letter to Under Secretary of Defense Jessica Wright, advising him that he needs to seek a waiver to commission as an officer | 3/19/15 | NH-001575 | | | |
| PX113 | Medical Record for Nicholas Harrison as of 3/27/15 | 3/27/15 | NH-001639–001650 | | | |
| PX114 | Memorandum from Namataka Heru regarding Letter of Recommendation in support of Sgt Harrison, Nicholas A. for a Direct Commission as an Army JAG Officer | 3/31/15 | NH-001655–001656 | | | |
| PX115 | Enlisted Record Brief for Nicholas Harrison as of 4/10/15 | 4/10/15 | NH-001538 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX116 | Memorandum for the Directorate of Military Personnel Management: Request for a Medical Opinion, Sgt. Nicholas Harrison | 4/30/15 | US00001136 | | | |
| PX117 | Memorandum from Nicholas Harrison regarding his Request for Exception to Policy (AR 600-110, DoDI 6485.01) | 7/17/15 | NH-001484–001486 | | | |
| PX118 | Memorandum from Namataka Heru regarding Letter of Recommendation in support of Sgt Harrison, Nicholas A. for a Direct Commission as an Army JAG Officer | 7/17/15 | NH-001499–001500 | | | |
| PX119 | Preventive Medicine Counseling Record for Nicholas Harrison | 9/1/15 | NH-001501–001505 | | | |
| PX120 | Memorandum from Nicholas Harrison regarding his Request for Exception to Policy (AR 600-110, DoDI 6485.01), with denial | 11/8/15 | US00000026– 00000029 | | | |
| PX121 | Memorandum for the Directorate of Military Personnel Management: Request for Medical Opinion, Sgt. Nicholas Harrison | 1/12/16 | US00001062 | | | |
| PX122 | Information Paper regarding Nicholas Harrison's Request for Exemption to Policy for the purpose of providing updated information on Sgt. Harrison, Nicholas's request for exemption | 7/13/16 | US00001111.0001– 0002 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX123 | Memorandum to Nicholas Harrison from the Acting Under Secretary of Defense for Personnel Readiness denying his 7/21/16 request for exception to 6485.01 | 7/26/16 | NH-000691 | | | |
| PX124 | Application to the Board for Correction of Military Records regarding being denied a commission under 6485.01 | 8/1/16 | US00000001– 00000010 | | | |
| PX125 | Signature page to Application to the Board for Correction of Military Records regarding being denied a commission under 6485.01 | 8/1/16 | US00000015 | | | |
| PX126 | Email confirming receipt of Nicholas Harrison's Application to the ABCMR | 3/1/17 | NH-000675–000676 | | | |
| PX127 | Memorandum from Nicholas Harrison regarding Reconsideration of a Request for Exception to Policy (DoDI 6485.01) | 4/5/17 | NH-001615–001618 | | | |
| PX128 | Memorandum from Nicholas Harrison regarding Reconsideration of a Request for Exception to Policy (DoDI 6485.01) | 4/22/17 | NH-001734–001738 | | | |
| PX129 | Memorandum for Land Component Commander, District of Columbia Army National Guard: Recommendation Regarding Exception to Policy from Sgt. Harrison, Nicholas, with request for Reconsideration of a Request for an Exception to Policy (DoDI 6485.01), dated 4/22/17 | 6/9/17 | US00003143– 00003150 | | | |
| PX130 | Nicholas Harrison U.S. Army Judge Advocate General's Corps Active Duty and Army Reserve Application | 10/20/17 | US00000931– 00000943 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX131 | Memorandum from ABCMR denying Nicholas Harrison's application | 9/7/18 | NH-000678–000687 | | | |
| PX132 | Nicholas Harrison HealthVet Account Summary as of 3/19/19 | 3/19/19 | NH-000692–001482 | | | |
| PX133 | Exhibit for the FPEB, Awards and recognitions received by Richard Roe | | US00030819–00030835 | | | |
| PX134 | Exhibit for the FPEB. Certificates of Promotion for Richard Roe | | US00030837–00030839 | | | |
| PX135 | Exhibit for the FPEB, Certificates of Completion of training programs for Richard Roe | | US00030841–00030852 | | | |
| PX136 | Formal Physical Evaluation Board Contention Slip | | US00030786 | | | |
| PX137 | Richard Roe's Entrance Medical Exam | 3/8/12 | US00030958–00030982 | | | |
| PX138 | Exhibit for the FPEB, Notification of Air Force Member's Qualification Status as of 6/9/2016 | 6/9/16 | US00030817 | | | |
| PX139 | Richard Roe's Chronological Record of Medical Care as of 11/6/17 | 11/6/17 | US00030950–00030957 | | | |
| PX140 | Duty Limiting Condition Report for Richard Roe | 11/28/17 | US00030815 | | | |
| PX141 | DES Counseling Acknowledgement Sheet | 11/29/17 | US00030891 | | | |
| PX142 | Veterans Affairs Compensation and Pension Physical | 11/29/17 | US00030900–00030949 | | | |
| PX143 | Commander's Impact Statement for Medical Evaluation Board for Richard Roe | 12/7/17 | US00030880–00030881 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX144 | Memorandum for the Medical Evaluation Board from Richard Roe providing narrative summary (NARSUM) of Richard Roe's medical condition | 1/15/18 | US00030893– 00030899 | | | |
| PX145 | Medical Evaluation Board Report for Richard Roe | 1/23/18 | US00030878– 00030979 | | | |
| PX146 | Impartial Review Election for Richard Roe | 1/23/18 | US00030882 | | | |
| PX147 | Letter of Exception submitted to Informal Physical Evaluation Board | 1/22/18 | ROE-000067– 000069 | | | |
| PX148 | Exhibit for the PEB, Memorandum for the Honorable Members of the Board from D.H. regarding a Character Statement for [Richard Roe] | 1/19/18 | ROE-000072 | | | |
| PX149 | Exhibit for the PEB, Memorandum for the Honorable Members of the Board from K.K. regarding a Character Letter for [Richard Roe] | 1/19/18 | ROE-000074 | | | |
| PX150 | Exhibit for the PEB, Memorandum for All Reviewing Authorities from C.A. regarding a Character Statement for [Richard Roe] | 1/22/18 | ROE-000073 | | | |
| PX151 | Exhibit for the PEB, Memorandum for All Reviewing Authorities from S.K. regarding a Character Statement for [Richard Roe] | 1/26/18 | ROE-000070 | | | |
| PX152 | Exhibit for the PEB, Memorandum for All Reviewing Authorities from J.R. regarding a Character Statement for [Richard Roe] | 1/26/18 | ROE-000071 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX153 | Personal Data of Richard Roe as of 1/31/18 | 1/31/18 | US00030875– 00030876 | | | |
| PX154 | Veterans Affairs Disability Evaluation System Proposed Rating and coding sheet | 2/13/18 | US00031002– 0003006 | | | |
| PX155 | Findings and Recommended Disposition of the Informal Physical Evaluation Board regarding [Richard Roe] | 2/22/18 | US00031007– 00031008 | | | |
| PX156 | Action on PEB findings by Richard Roe requesting Formal Physical Evaluation Board | 3/1/18 | US00030853 | | | |
| PX157 | Exhibit for FPEB, Air Force Fitness Management System II, Member Individual Fitness Report for Richard Roe | 4/2/18 | ROE-000089– 000090 | | | |
| PX158 | Exhibit for the FPEB, Memorandum for President, U.S. Air Force Formal Physical Evaluation Board from D.M. regarding Letter of Reference – Fit for Duty, [Richard Roe] | 4/2/18 | ROE-000082– 000083 | | | |
| PX159 | Exhibit for FPEB, Awards and Decorations Information for Richard Roe | 4/2/18 | US00030810 | | | |
| PX160 | Exhibit for the FPEB, Memorandum for President, U.S. Air Force Formal Physical Evaluation Board from S.M. regarding Letter of Reference – Fit for Duty, [Richard Roe] | 4/3/18 | ROE-000084– 000085 | | | |
| PX161 | Letter from Dr. Jason F. Okulicz in support of the retention of Richard Roe, exhibit J for the FPEB | 4/4/18 | US00030767 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX162 | Findings and Recommended Disposition of USAF Formal Physical Evaluation Board regarding [Richard Roe] | 4/11/18 | US00030991–00030992 | | | |
| PX163 | Memorandum for the SAFPC from Richard Roe regarding an Appeal of the Findings of the Formal Physical Evaluation Board | 4/20/18 | ROE-000012–000013 | | | |
| PX164 | Memorandum for the SAFPC, Appeal of the Formal Physical Evaluation Board Hearing, with Attachments | 4/23/18 | US00030762–00030764 | | | |
| PX165 | SAFPC exhibit, Memorandum for President, U.S. Formal Physical Evaluation Board from J.P. regarding a Letter of Reference – Fit for Duty, [Richard Roe] | 4/26/18 | US00030771–00030772 | | | |
| PX166 | SAFPC exhibit, Memorandum for President, U.S. Formal Physical Evaluation Board from R.S. regarding a Letter of Reference – Fit for Duty, [Richard Roe] | 4/27/18 | ROE-000075–000076 | | | |
| PX167 | Richard Roe's Request for Retention for Medical Treatment or Evaluation | 4/30/18 | ROE-000093 | | | |
| PX168 | SAFPC exhibit, Memorandum for President, U.S. Formal Physical Evaluation Board from N.F. regarding a Letter of Reference – Fit for Duty, [Richard Roe] | 5/2/18 | ROE-000077–000078 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX169 | SAFPC exhibit, Memorandum for President, U.S. Formal Physical Evaluation Board from M.G. regarding a Letter of Reference – Fit for Duty, [Richard Roe] | 5/7/18 | ROE-000079–000080 | | | |
| PX170 | Letter from Dr. Jason F. Okulicz in support of the retention of Richard Roe for the SAFPC | 5/29/18 | ROE-000081 | | | |
| PX171 | Memorandum from the SAFPC/AFPB informing Richard Roe that his appeal of the recommended disposition of the PEB was denied, and that he would be separated with a 10% disability rating because he was unable to deploy because of his HIV | 11/7/18 | US00030985–00030987 | | | |
| PX172 | Request and Authorization for Separation of Richard Roe | 1/4/19 | US00031009–00031010 | | | |
| PX173 | Entrance Medical Examination for Victor Voe | 6/29/11 | US00030619–00030630 | | | |
| PX174 | Chronological Record of Medical Care for Victor Voe as of 4/3/17 | 4/3/17 | US00030482–00030499 | | | |
| PX175 | DES Counseling Acknowledgement Sheet for Victor Voe | 6/14/17 | US00030476 | | | |
| PX176 | Department of Veterans Affairs Compensation and Pension Physical, Statement in Support of Claim | 6/30/17 | US00030500–0003030618 | | | |
| PX177 | Commander's Impact Statement for Medical Board Report | 8/17/17 | US00030473–00030474 | | | |
| PX178 | IRILO-MEB Narrative Summary of Victor Voe's medical condition | 9/18/17 | US00030479–00030481 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX179 | Medical Evaluation Board Report for Victor Voe | 9/19/17 | US00030471– 00030472 | | | |
| PX180 | Duty Limiting Condition Report for Victor Voe | 9/9/17 | US00030478 | | | |
| PX181 | Impartial Review Election of MEB Findings by Victor Voe | 10/2/17 | US00030475 | | | |
| PX182 | Memorandum from Victor Voe to the AFPC regarding his Request for Retention Beyond his ETS (expiration of term of service) | 10/2/17 | US00030477 | | | |
| PX183 | Personal Data of Victor Voe as of 10/10/17 | 10/10/17 | US00030468– 00030469 | | | |
| PX184 | Veterans Affairs Disability Evaluation System Proposed Rating and Coding Sheet | 11/2/17 | US00030453– 00030465 | | | |
| PX185 | Veterans Affairs Benefits Letter for Victor Voe | 11/3/17 | US00030446– 00030452 | | | |
| PX186 | Findings and Recommended Disposition of the USAF Informal Physical Evaluation Board regarding [Victor Voe] | 11/7/17 | US00030467 | | | |
| PX187 | Findings and Recommended Disposition of USAF Formal Physical Evaluation Board regarding [Victor Voe] | 12/12/17 | US00030435– 00030436 | | | |
| PX188 | Formal Physical Evaluation Board Contention Slip | 12/12/17 | US00030438 | | | |
| PX189 | Memorandum for the SAFPC/AFPB from  Victor Voe, regarding his Appeal of the Findings of the Formal Physical Evaluation Board (FPEB) | 12/20/17 | US00030431– 00030432 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX190 | Victor Voe's Action on Physical Evaluation Board Findings and Recommended Disposition, requesting referral to the SAFPC for review and final decision | 12/27/17 | US00030433 | | | |
| PX191 | Memorandum for the SAF requesting review of the PEB proceedings, with PEB proceedings attached | 12/28/17 | US00030430 | | | |
| PX192 | Air Force Personnel Vote Sheet ("AFPB Vote Sheet") regarding Victor Voe, unanimously finding that he is fit, and should be returned to duty | 5/4/18 | Sealed Supplemental Administrative Record, *Roe* ECF No. 84 | | | |
| PX193 | Unsent Memorandum from the SAFPC/AFPB informing Victor Voe that his appeal of the recommended disposition of the PEB was granted, and that he would be returned to duty | 6/12/18 | US00031011– 00031012 | | | |
| PX194 | Findings and Recommended Disposition of the SAFPC | 6/12/18 | US00031035 | | | |
| PX195 | AFPB Vote Sheet regarding Victor Voe, unanimously finding him unfit, and discharging him with 10% severance pay | 10/18/18 | Sealed Supplemental Administrative Record, *Roe* ECF No. 84 | | | |
| PX196 | Memorandum from the SAFPC/AFPB informing Victor Voe that his appeal of the recommended disposition of the PEB was denied, and that he would be separated with a 10% disability rating because he was unable to deploy because of his HIV | 11/7/18 | US00030631– 00030633 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX197 | Request and Authorization for Separation for Victor Voe | 12/21/18 | US00030634– 00030635 | | | |
| PX198 | Findings and Recommended Disposition of USAF SAFPC Physical Evaluation Board regarding Master Sgt. [name redacted] | 6/2/16 | US00032583– 00032584 | | | |
| PX199 | Memorandum from the SAF regarding the Physical Evaluation – Master Sergeant [name redacted] directing that he be returned to duty even though he is living with HIV | 6/2/16 | US00032579– 00032580 | | | |
| PX200 | Memorandum from the SAF regarding Physical Evaluation – Airman First Class [name redacted] directing that he be returned to duty even though he is living with HIV; Findings and Recommended Disposition of the USAFC SAFPC; Findings and Recommended Disposition of the Formal Physical Evaluation Board regarding Airman First Class [name redacted]; Findings and Recommended Disposition of the Informal Physical Evaluation Board regarding Airman First Class [name redacted] | 1/22/18 | US00034235– 00034244 | | | |
| PX201 | Memorandum from the SAFPC/AFPB informing D.N. that his appeal of the recommended disposition of the PEB was denied, and that he would be separated with a 10% disability rating because he was unable to deploy because of his HIV | 12/5/18 | Ex. C3 to Plaintiffs' Motion for Preliminary Injunction, ECF No. 40 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX202 | Memorandum from the SAFPC/AFPB informing K.R. that his appeal of the recommended disposition of the PEB was denied, and that he would be separated with a 10% disability rating because he was unable to deploy because of his HIV | 11/7/18 | Ex. C1 to Plaintiffs' Motion for Preliminary Injunction, ECF No. 40 | | | |
| PX203 | Memorandum from the SAFPC/AFPB informing S.H. that his appeal of the recommended disposition of the PEB was denied, and that he would be separated with a 0% disability rating because he was unable to deploy because of his HIV | 12/4/18 | Ex. C2 to Plaintiffs' Motion for Preliminary Injunction, ECF No. 40 | | | |
| PX204 | Declaration of Kevin Cron in Support of Defendants' Opposition to Plaintiffs' Motion to Preliminary Injunction in *Roe* | 1/25/19 | Appendix (A423–427) to Defendants Opposition to Plaintiffs' Motion for Preliminary Injunction, ECF No. 47 | | | |
| PX205 | Email chain between Marguerite Lawrence, Stephen Thomas, and others regarding Nicholas Harrison's request for exception to policy | 1/5/16 | US00002428–00002433 | | | |
| PX206 | Email chain from James Becker to Lisa Lute regarding a request for an update on the current deployment policy for HIV+ personnel | 5/23/16 | US00002498–00002500 | | | |
| PX207 | Email chain from Dr. Jason Blaylock to Lisa Lute regarding the DoD Retention Policy for Non-Deployable Service Members | 6/2/17 | US00025570–00025575 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX208 | Email from Stephanie Scoville to Lisa Lute regarding the AR 600-110 update | 3/1/18 | US00025924– 00025925 | | | |
| PX209 | Email chain between Shane T Prater and Bradley Achayatay asking him to hold already signed and dated memorandum directing that Victor Voe be returned to duty because "there is still ongoing discussion of what the AF policy is" | 7/13/18 | US00031796– 00031797 | | | |
| PX210 | Email chain from Craig Greene (staff member of the House Armed Service committee) to David Knuckles and Charles Toth  regarding two discharges being contrary to what Congress was told during the Brief | 11/20/18 | US00031117_0001– 0004 | | | |
| PX211 | Email chain from Craig Greene (staff member of the House Armed Service committee) to David Knuckles and Charles Toth  regarding two discharges being contrary to what Congress was told during the Brief | 11/20/18 | US00031235_0001- 0009 | | | |
| PX212 | Email chain between David Knuckles, John Vallario, Shane T. Prater, and others regarding follow up questions from Craig Greene following Air Force's response to 11/20 email chain, noting that the discharges of Roe and Voe "will be difficult to explain away | 11/30/18 | US00031217_0001- 0002 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX213 | Email chain between Craig Greene, John Fedrigo, David Knuckles, and others regarding the Air Force's response to the 11/20 email chain from Craig Greene, and Craig Greene's follow up questions | 12/18/18 | US00031250_0001– 0004 | | | |
| PX214 | Email from John Vallario to the Board regarding new guidance from MR about how the board should process and adjudicate appeals from individuals with asymptomatic HIV who were found unfit by the IPEB and FPEB | 10/15/18 | US00031216_0001– 0002 | | | |
| PX215 | Email chain between John Fedrigo, Shane T. Prater, and John Vallario regarding planned evaluations of 9 HIV cases | 9/28/18 | US00031294_0001– 0002 | | | |
| PX216 | Email from John Vallario to Guy Palumbo and Tammy Hern regarding the outcome of the adjudication of 10 pending HIV cases | 11/8/18 | US00031536– 00031537 | | | |
| PX217 | Email chain between Patrick Danaher to William Fischer, Jason Okulicz, Martha Soper, and others indicating that the Air Force had stopped adhering to the guidance provided to Congress in 2014 on the retention of Service members living with HIV in about 2015, and discussing the possible ways forward | 1/2/18 | US00040166– 00040172 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX218 | Email chain between Patrick Danaher to William Fischer, Jason Okulicz, Martha Soper, and others indicating that the Air Force had stopped adhering to the guidance provided to Congress in 2014 on the retention of Service members living with HIV in about 2015, and discussing the possible ways forward | 1/2/18 | US00040173– 00040179 | | | |
| PX219 | Aggleton & Parker, *Moving Beyond Biomedicalization in the HIV Response: Implications for Community Involvement and Community Leadership Among Men Who Have Sex with Men and Transgender People* | 08/00/15 | Harrison&Roe 000491–000497 | | | |
| PX220 | American Academy of HIV Med., *Fundamentals of HIV Medicine*, (W. David Hardy ed., CME 2017) – Chapter 3: Mechanisms of HIV Transmission | | Harrison&Roe 000387–414 | | | |
| PX221 | American Academy of HIV Med., *Fundamentals of HIV Medicine*, (W. David Hardy ed., CME 2017) – Chapter 17: HIV Virology | | Harrison&Roe 000387–410, 415– 425 | | | |
| PX222 | American Academy of HIV Med., *Fundamentals of HIV*, (W. David Hardy ed., CME 2017) – Chapter 21: HIV-1 Resistance to Antiretroviral Drugs | | Harrison&Roe 000387–410, 426– 438 | | | |
| PX223 | Antinori, et al. *Updated research nosology for HIV-associated neurocognitive disorders, Nuerology* | 10/20/07 | US00003666– 00003686 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX224 | Antiretroviral Therapy Cohort Collaboration, *Survival of HIV-positive patients starting antiretroviral therapy between 1996 and 2013: a collaborative analysis of cohort studies* | 8/00/17 | Harison&Roe 002255–002262 | | | |
| PX225 | Asha De, et al., *Physical Fitness Characteristics of Active Duty Air Force Members with HIV Infection* | 00/00/16 | OutServe_RV-000219–000226 | | | |
| PX226 | Baggaley, et al., *Risk of HIV transmission for parenteral exposure and blood transfusion: a systematic review and meta-analysis* | 00/00/06 | Harison&Roe 002289–002296 | | | |
| PX227 | Ballard, et al., *Transfusion-transmissible infections among U.S. military recipients of emergently transfused blood products, June 2006-December 2012* | 11/00/14 | NH-000553–000558 | | | |
| PX228 | Bavington, et al., *Viral Suppression and HIV Transmission in Serodiscordant Male Couples: and International, Prospective, Observational, Cohort Study* | 7/16/18 | Harrison&Roe 002304–002313 | | | |
| PX229 | Blaylock, *HIV Preexposure Prophylaxis in the U.S. Military Services – 2014-2016* | 5/5/18 | US00003289–00003312 | | | |
| PX230 | Bobashev and Zule, *Modeling the effect of high dead-space syringes on the human immunodeficiency virus (HIV) epidemic among injecting drug users* | 2/5/10 | Harrison&Roe 002346–002354 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX231 | Boender, et al., *Long Term Virological Outcomes of First Line Antiretroviral Therapy for HIV-1 in Low- and Middle-Income Countries: A Systematic Review and Meta-analysis* | 7/8/15 | Harrison&Roe 002355–002363 | | | |
| PX232 | Brundage, et al., *Durations of military service after diagnosis of HIV-1 infections among active component members of the U.S. Armed Forces, 1990-2013* | 8/00/15 | NH-000333–000336 | | | |
| PX233 | Buclin, et al., *Development and Validation of Decision Rules to Guide Frequency of Monitoring CD4 Cell Count in HIV-I Infection before Starting Antiretroviral Therapy* | 4/8/11 | Harrison&Roe 002366–002374 | | | |
| PX234 | Castilla, et al., *Effectiveness of highly active antiretroviral therapy in reducing heterosexual transmission of HIV* | 9/1/05 | Harrison&Roe 002450–002455 | | | |
| PX235 | Cohen, et al., *Prevention of HIV-1 Infection with Early Antiretroviral Therapy* | 8/11/11 | Harrison&Roe 000043–000055 | | | |
| PX236 | Colasanti, et al., *Implementation of a Rapid Entry Program Decreases Time to Viral Suppression Among Vulnerable Persons Living with HIV in the Southern United States* | 00/00/18 | Harrison&Roe 002487–002492 | | | |
| PX237 | Consensus Statement: *Risk of Sexual Transmission of HIV from a Person Living with HIV who had an Undetectable Viral Load* | 7/21/16 | US00004410– 00004417 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX238 | Correll, "*You Know about Needle Boy, Right?": Variation in Rumors and Legends about Attacks with HIV-Infected Needles* | 00/00/08 | Harrison&Roe 000529–000570 | | | |
| PX239 | Cosma, et al., *Evaluation of modified vaccinia virus Ankara as an alternative vaccine against smallpox in chronically HIV type 1-infected individuals undergoing HAART* | 00/00/07 | Harrison&Roe 002495–002506 | | | |
| PX240 | Cox, *Turning the Tide: The Future of HIV Criminalization after Rhoades v. State and Legislative Reform in Iowa* | 00/00/16 | Harrison&Roe 000571–000597 | | | |
| PX241 | Crum-Cianflone, et al., *Low Prevalence of neurocognitive impairment in early diagnosed and managed HIV-infected persons* | 1/22/13 | US00004446– 00004454 | | | |
| PX242 | Curran, *Epidemiology of HIV infection and AIDS in the United States* | | Harrison&Roe 000598–000604 | | | |
| PX243 | De Souza, et al., *Risk Factors for neurocognitive impairment in HIV-infected patients and comparison of different screening tools* | 3/00/16 | US00004960– 00004964 | | | |
| PX244 | Di Biagio, et al., *Discontinuation of Initial Antiretroviral Therapy in Clinical Practice: Moving Toward Individualized Therapy* | 3/1/16 | Harrison&Roe 0002544–0002552 | | | |
| PX245 | Dorward, et al., *Point-of-care viral load testing and differentiated HIV care* | 1/5/18 | | | | |
| PX246 | Emergency War Surgery, 4th ed. (2014), Chapter 33, *Battlefield Transfusions* | | NH-000653–000674 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX247 | Epstein, *Impure Science: AIDS, Activism, and the Politics of Knowledge* | 00/00/96 | Harrison&Roe 000612–000650 | | | |
| PX248 | Folaron, et al., *Effect of Military Deployment on Diabetes Mellitus in Air Force Personnel* | 4/00/18 | Harrison&Roe 002563–002570 | | | |
| PX249 | Freiberg, et al., *HIV infection and the risk of acute myocardial infarction* | 3/4/13 | Harrison&Roe 002571–002579 | | | |
| PX250 | Frost, et al., *Viral dynamics during structured treatment interruptions of chronic interruptions of human immunodeficiency virus type 1 infection* | 00/00/02 | Harrison&Roe 002583–002594 | | | |
| PX251 | Garlin, et al., *Retroviral Rebound Syndrome with Fatal Outcome after Discontinuation of Antiretroviral Therapy* | 9/29/05 | Harrison&Roe 002619–002621 | | | |
| PX252 | Gonzalez-Serna, et al., *Temporal trends in the discontinuation of first line antiretroviral therapy* | 4/15/14 | Harrison&Roe 002630–002637 | | | |
| PX253 | Grant, et al., *Asymptomatic HIV-associated neurocognitive impairment increases risk for symptomatic decline* | 6/10/14 | US00004418–00004425 | | | |
| PX254 | Grulich, et al., *HIV Transmission in Male Serodiscordant Couples in Australia, Thailand and Brazil* | 2/26/15 | Harrison&Roe 000439 | | | |
| PX255 | Gulick, *Structured treatment interruption in patients infected with HIV: a new approach to therapy* | 00/00/02 | Harrison&Roe 002650–002658 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX256 | Gussis, *The Constitution, the White House, and the Military HIV Ban: A New Threshold for Presidential Non-Defense of statutes* | 00/00/97 | Harrison&Roe 000655–000703 | | | |
| PX257 | Hakre, et al., *Transfusion-transmissible viral infections among US military recipients of whole blood and platelets during Operation Enduring Freedom and Operation Iraqi Freedom* | 3/00/11 | US00003265– 00003277 | | | |
| PX258 | Hall, et al., *Tenofovir-associated kidney toxicity in HIV-infected patients: a review of the evidence* | 1/22/11 | Harrison&Roe 002676–002683 | | | |
| PX259 | Harsono, et al., *Criminalization of HIV Exposure: A Review of Empirical Studies in the United States* | 1/1/18 | Harrison&Roe 000704–000739 | | | |
| PX260 | Hasenbush, et al., *HIV Criminalization in Georgia: Penal Implications for People Living with HIV* | 1/00/18 | Harrison&Roe 000764–000789 | | | |
| PX261 | Hasenbush, et al., *HIV Criminalization in California: Penal Implications for People Living with HIV* | 12/00/15 | Harrison&Roe 000740–000763 | | | |
| PX262 | Herbeck, et al., *Is the virulence of HIV changing? A meta-analysis of trends in prognostic markers of HIV disease progression and transmission* | 00/00/12 | Harrison&Roe 002747–002759 | | | |
| PX263 | Herek & Glunt, *An Epidemic of Stigma: Public Reactions to AIDS* | 11/00/88 | Harrison&Roe 000797–000802 | | | |
| PX264 | Herek, et al., *HIV-Related Stigma and Knowledge in the United States: Prevalence and Trends* | 3/00/02 | Harrison&Roe 000790–000796 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX265 | Hoppe, *Punishing Disease: HIV and the Criminalization of Sickness* | 7/9/17 | Harrison&Roe 00803–001090 | | | |
| PX266 | Jafari, et al., *Tenofovir-induced nephrotoxicity: incidence, mechanism, risk factors, prognosis, and proposed agents for prevention* | 6/25/14 | Harrison&Roe 002779–02790 | | | |
| PX267 | Lehman, et al., *Prevalence and Public Health Implications of State Laws That Criminalize Potential HIV Exposure in the United States* | 4/15/14 | Harrison&Roe 001266–001275 | | | |
| PX268 | Li, et al., *The Size of the Expressed HIV Reservoir Predicts Timing of Viral Rebound After Treatment Interruption* | 00/00/16 | Harrison&Roe 000440–000450 | | | |
| PX269 | Okulicz and Murray, *Evaluation of HIV Postexposure Prophylaxis for Occupational and Nonoccupational Exposures at a Deployed U.S. Military Trauma Hospital* | 12/00/12 | Harrison&Roe 002942–002950 | | | |
| PX270 | Margolick, et al., *Changes in T-lymphocyte subsets in intravenous drug users with HIV-1 infection* | 3/25/92 | Harrison&Roe 002832–002837 | | | |
| PX271 | Mariano D, et al., *Safe Travel Preparation for HIV-Infected Patients* | 3/20/19 | Harrison&Roe 002838–002843 | | | |
| PX272 | Menegay, et al., *Live versus attenuated influenza vaccine uptake and postvaccination influenza-like illness outcomes in HIV-infected US Air Force members* | 00/00/17 | Harrison&Roe 002938–002941 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX273 | Moyo, et al., *Point-of-Care Cepheid Xpert HIV-1 Viral Load Test in Rural African Communities is Feasible and Reliable* | 11/23/16 | | | | |
| PX274 | MSMR, *Update: Routine screening for antibodies to human immunodeficiency virus, civilian applicants for U.S. military service and U.S. Armed Forces, active and reserve components, January 2010-June 2015* | 8/00/15 | NH-000325–000332 | | | |
| PX275 | MSMR, *Update: Routine screening for antibodies to human immunodeficiency virus, civilian applicants for U.S. military service and U.S. Armed Forces, active and reserve components, January 2012-June 2017* | 9/00/17 | NH-000507–000513 | | | |
| PX276 | MSMR, *Update: Routine screening for antibodies to human immunodeficiency virus, civilian applicants for U.S. military service and U.S. Armed Forces, active and reserve components, January 2013-June 2018* | 9/00/18 | NH-000576–000583 | | | |
| PX277 | Murphy, et al., *Mortality in the United States, 2017, National Center for Health Statistics (NCHS) Data Brief* | 11/00/18 | Harrison&Roe 002904–002911 | | | |
| PX278 | Nash, et al., *Performance of Xpert HIV-1 Viral Load Assay: a Systematic Review and Meta-analysis* | 1/31/18 | | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX279 | O'Connor, et al., *Durability of viral suppression with first-line antiretroviral therapy in patients with HIV in the UK: an observational cohort study* | 5/4/17 | Harrison&Roe 002923–002930 | | | |
| PX280 | Obermeyer, et al., *Facilitating HIV Disclosures Across Diverse Settings: A Review* | 0/0/11 | Harrison&Roe 001291–1303 | | | |
| PX281 | Okulicz, et al., *Occupational Exposures and Prevalence of Bloodborne Pathogens in a Deployed Setting: Data from a U.S. Military Trauma Center in Afghanistan* | 1/00/13 | Harrison&Roe 002931–2937 | | | |
| PX282 | Okulicz, et al., *Review of the U.S. military's human immunodeficiency virus program: a legacy of progress and a future of promise* | 9/00/17 | NH-000500–000506 | | | |
| PX283 | Onaiwu, et al., *When Ignorance Kills, Nobody Wins: Advocates Reflect on an HIV-Related Murder Case* | 1/20/15 | Harrison&Roe 000651–000652 | | | |
| PX284 | Pacha, et al., *Centralized HIV Program Oversight: An Investigation of a Case Series of New HIV Infections among US Army Soldiers, 2012 to 2013* | 11/00/15 | Harrison&Roe 002951–002956 | | | |
| PX285 | Patel, et al., *Estimating per-act HIV transmission risk: a systematic review* | 6/19/14 | US00004565–00004582 | | | |
| PX286 | Penafiel, et al., *Tolerability of integrase inhibitors in a real-life setting* | 2/28/17 | Harrison&Roe 002981–002988 | | | |
| PX287 | Pilcher, et al., *Amplified transmission of HIV-1: comparison of HIV-1 concentrations in semen and blood during acute and chronic infection* | 00/00/07 | Harrison&Roe 002989–002996 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX288 | Pozniak, et al., *Switching to Tenofovir Alafenamide, Coformulated with Elvitegravir, Cobicistat, and Emtricitabine, in HIV-I Infected Patients with Renal Impairment, 48-Week Results From a Single-Arm Multicenter, Open-Label Phase* | 4/15/16 | Harrison&Roe 002997–003004 | | | |
| PX289 | Price, *HIV-associated neurocognitive disorders: Epidemiology, clinical manifestations, and diagnosis* | 2/14/17 | US00005269–00005291 | | | |
| PX290 | Quinn, et al., *Viral Load and Heterosexual Transmission of Human Immunodeficiency Virus Type I* | 00/00/00 | Harrison&Roe 003015–003023 | | | |
| PX291 | Rodger, et al., *Risk of HIV Transmission through Condomless Sex in Serodifferent Gay Couples with the HIV-Positive Partner Taking Suppressive Antiretroviral Therapy: Final Results of a Multicentre, Prospective Observational Study* | 5/2/19 | Harrison&Roe 003067–003077 | | | |
| PX292 | Rodger, et al., *Sexual Activity Without Condoms and Risk of HIV Transmission in Serodifferent Couples When the HIV-Positive Partner is Using Suppressive Antiretroviral Therapy* | 11/13/16 | Harrison&Roe 000451–000461 | | | |
| PX293 | Ronco, et al., *Efficacy of HPV-Based Screening for Prevention of Invasive Cervical Cancer: Follow-up of Four European Randomized Controlled Trials* | 2/8/14 | Harrison&Roe 001313–001321 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX294 | Roy, *Community-Based AIDS Services: Formalization and Depoliticization* | 00/00/93 | Harrison&Roe 000505–000524 | | | |
| PX295 | Rutherford, et al., *Dolutegravir Plus Two Nucleoside Reverse Transcriptase Inhibitors versus Efavrienz Plus Two Nucleoside Reverse Transcriptase Inhibitors as Initial Antiretroviral Therapy for People with HIV: A Systematic Review* | 10/13/16 | Harrison&Roe 003087–003099 | | | |
| PX296 | Saag, et al., *Antiretroviral Drugs for Treatment and Prevention of HIV Infection in Adults 2018 Recommendations of the International Antiviral Society-USA Panel* | 00/00/18 | US00005494– 00005511 | | | |
| PX297 | Sacktor, *Changing clinical phenotypes of HIV-associated neurocognitive disorders* | 7/27/17 | Harrison&Roe 000476–000480 | | | |
| PX298 | Samji, et al., *Closing the Gap: Increases in Life Expectancy among Treated HIV-Positive Individuals in the United States and Canada* | 12/18/13 | Harrison&Roe 001322–001329 | | | |
| PX299 | Satterwhite, et al., *Sexually transmitted infections among US women and men: Prevalence and incidence estimates, 2008* | 0/0/13 | Harrison&Roe 001330–001336 | | | |
| PX300 | Scott, et al., *Short Communication: Investigation of Incident HIV Infections Among U.S. Army Soldiers Deployed to Afghanistan and Iraq, 2001-2007* | 00/00/12 | NH-000541–000545 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX301 | Silva, et al., *Adverse effects of chronic treatment with the main subclasses of highly active antiretroviral therapy, a systematic review* | 00/00/19 | Harrison&Roe 003119–003128 | | | |
| PX302 | Sturmer, et al., *Is transmission of HIV-1 in non-viraemic serodiscordant couples possible?* | 00/00/08 | Harrison&Roe 000462–000465 | | | |
| PX303 | Supervie, et al., *Per Sex-Act Risk of HIV Transmission Under Antiretroviral Treatment: A Data Driven Approach* | 12/1/8 | Harrison&Roe 003129–003133 | | | |
| PX304 | Tanner, et al., *Predictors of viral suppression and rebound among HIV-positive men who have sex with men in a large multi-site Canadian cohort* | 00/00/16 | Harrison&Roe 003135–003145 | | | |
| PX305 | Kuhar, et al., *US Public Health Service Guideline: Updated US Public Health Service Guidelines for the Management of Occupational Exposures to Human Immunodeficiency Virus and Recommendations for Postexposure Prophylaxis* | 9/00/13 | US00004426–00004445 | | | |
| PX306 | Vernazza, et al., *HIV-Positive Individuals Without Additionally Sexually Transmitted Diseases And On Effective Anti-Retroviral Therapy Are Sexually Non-Infectious* | 1/00/08 | Harrison&Roe 003203–003210 | | | |
| PX307 | Abadsidis, *Trump Fires HIV-Positive Airmen Right Before Christmas* | 12/19/18 | Harrison&Roe 000488–0490 | | | |
| PX308 | AIDS Map, *CD4, viral load, and other tests* | 2/00/17 | | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX309 | Amplicor HIV-1 Monitor™ Test Product Information | | | | | |
| PX310 | Associated Press, *Judge halts Air Force's efforts to discharge airmen with HIV* | 2/15/19 | Harrison&Roe 000498–0499 | | | |
| PX311 | Avert, *Origin of HIV & AIDS* | 3/22/19 | Harrison&Roe 000500–000504 | | | |
| PX312 | CDC, *2015 Sexually Transmitted Diseases Treatment Guidelines* | | | | | |
| PX313 | CDC, *About HIV/AIDS* | 3/9/19 | Harrison&Roe 00004–000007 | | | |
| PX314 | CDC, *Act Against AIDS, Facts About HIV Stigma* | 7/31/18 | OutServe_RV-000130–000133 | | | |
| PX315 | CDC, *Current Trends, Prevention of Acquired Immune Deficiency Syndrome (AIDS): Report of Inter-Agency Recommendations* | 3/4/83 | Harrison&Roe 000525–000527 | | | |
| PX316 | CDC, *Dear Colleague: Information from CDC's Division of HIV/AIDS Prevention* | 9/27/17 | Harrison&Roe 001286 | | | |
| PX317 | CDC, *Effectiveness of Prevention Strategies to Reduce the Risk of Acquiring or Transmitting HIV* | 12/00/15 | OutServe_RV-000123–000129 | | | |
| PX318 | CDC, *Evidence of HIV Treatment and Viral Suppression in Preventing the Sexual Transmission of HIV* | 12/00/18 | Harrison&Roe 000012–000016 | | | |
| PX319 | CDC, *Exposure to Blood, What Healthcare Professionals Need to Know* | | Harrison&Roe 000017–0026 | | | |
| PX320 | CDC, *HIV and AIDS – United States 1981-2000* | 6/1/01 | | | | |
| PX321 | CDC, *HIV in the United States: At a Glance* | 6/26/18 | | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX322 | CDC, *HIV Prevention* | 10/31/18 | | | | |
| PX323 | CDC, *HIV Risk Behaviors, Estimated Per-Act Probability of Acquiring HIV from an Infected Source, by Exposure Act* | 12/00/15 | OutServe_RV-000138 | | | |
| PX324 | CDC, *HIV Treatment as Prevention* | 12/18/18 | Harrison&Roe 000040–000016 | | | |
| PX325 | CDC, *HIV Transmission* | 10/31/18 | Harrison&Roe 000028–000039 | | | |
| PX326 | CDC, *Pregnant Women, Infants, and Children* | 8/28/17 | | | | |
| PX327 | CDC, *Understanding the HIV Care Continuum* | 12/00/14 | | | | |
| PX328 | DHHS Panel on Antiretroviral Guidelines for Adults and Adolescents, *Guidelines for the Use of Antiretroviral Agents in Adults and Adolescents with HIV* | 10/25/18 | Harrison&Roe 000056–000386 | | | |
| PX329 | Eckholm, *Poll Finds Many AIDS Fears That the Experts Say Are Groundless* | 9/12/85 | Harrison&Roe 000605–000608 | | | |
| PX330 | Emily, *Man who Admitted Killing HIV-Positive Girlfriend: "I Wanted to Make Her Pay"* | 10/29/13 | Harrison&Roe 000609–000611 | | | |
| PX331 | Gstalter, *Federal Judge Temporarily Blocks Military from Discharging HIV-Positive Airmen* | 2/16/19 | Harrison&Roe 000653–000654 | | | |
| PX332 | Kaiser Family Foundation, *2012 Survey of Americans on HIV/AIDS* | 7/00/12 | Harrison&Roe 001091–001155 | | | |
| PX333 | Kaiser Family Foundation, *HIV/AIDS at 30: A Public Opinion Perspective* | 6/1/11 | Harrison&Roe 001156–001190 | | | |
| PX334 | Kaiser Family Foundation, *National Survey of Young Adults on HIV/AIDS* | 00/00/17 | Harrison&Roe 001191–001201 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX335 | Kaiser Family Foundation, *The AIDS Epidemic at 20 Years: The View From America* | 00/00/01 | Harrison&Roe 001202–001262 | | | |
| PX336 | Landay, *Congress Jumps into Military Special Fray Debate This Week to Focus on Gay Rights, Abortion More than Pentagon Spending* | 7/18/96 | Harrison&Roe 001263–1265 | | | |
| PX337 | Leoni, *The Pentagon is being sued for allegedly discriminating against people living with HIV* | 5/30/18 | Harrison&Roe 001276–001279 | | | |
| PX338 | POZ, Living with HIV: Disclosure | | Harrison&Roe 001280–1285 | | | |
| PX339 | Mayo Clinic, *Asthma: symptoms and causes* | 9/13/18 | | | | |
| PX340 | Mayo Clinic, *Diabetes: diagnosis and treatment* | 8/8/18 | | | | |
| PX341 | Mayo Clinic, *Hypothyroidism (underactive thyroid): symptoms and causes* | 12/4/18 | | | | |
| PX342 | Mayo Clinic, *Menstrual Cramps: diagnosis and treatment* | 4/14/18 | | | | |
| PX343 | Military Infectious Disease Research Program | 3/22/10 | US00005292– 00005295 | | | |
| PX344 | Mitchell, *Airmen Sue Pentagon Over Discharge After Testing Positive for HIV* | 12/19/18 | Harrison&Roe 001289–001290 | | | |
| PX345 | National Heart, Lung, and Blood Institute, *Blood Transfusion* | 6/29/18 | NH-000546–000552 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX346 | AIDS*info*, *Guidelines for the Use of Antiretroviral Agents in Adults and Adolescents Living with HIV, Laboratory Testing, Plasma HIV-1 RNA (Viral Load) and CD4 Count Monitoring* | 5/1/14 | NH-000255–000262 | | | |
| PX347 | AIDS*info*, *Guidelines for the Use of Antiretroviral Agents in Adults and Adolescents Living with HIV, Limitations to Treatment Safety and Efficacy, Cost Considerations and Antiretroviral Therapy* | 10/25/18 | NH-000300–000308 | | | |
| PX348 | National Institute of Health, AIDS*info*, *Side Effects of HIV Medicines* | 8/29/18 | OutServe_RV-000227–000229 | | | |
| PX349 | Page, *The Rise and Fall of Jerry Falwell* | 5/20/07 | Harrison&Roe 001304–001306 | | | |
| PX350 | Pawlyk, *Airmen Sue Defense Department over Discharges for HIV Status* | 12/20/18 | Harrison&Roe 001307–001310 | | | |
| PX351 | Reuters, *Theft of AIDS Database Prompts New Effort to Guard Information* | 10/14/96 | Harrison&Roe 001311–001312 | | | |
| PX352 | Pebody, AIDS Map, *Factsheet: Life Expectancy for people living with HIV* | 5/00/18 | | | | |
| PX353 | Ryan White HIV/AIDS Program, *Annual Client-Level Data Report, Ryan White HIV/AIDS Program Services Report* | | | | | |
| PX354 | Shrager, *Only one in five people take up this incredibly generous pension to retire at 40* | 3/14/17 | Harrison&Roe 003111–003118 | | | |
| PX355 | Sonne, *They Tested Positive for HIV, Then, the Military Kicked Them Out* | 12/19/18 | Harrison&Roe 001337–001339 | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX356 | Staley, *In Memory of Jesse Helms, and the Condom on His House* | 7/8/08 | | | | |
| PX357 | Straube, *Military Starts Discharging Service Members Living with HIV* | 12/20/18 | Harrison&Roe 001340–001341 | | | |
| PX358 | Thomas, *Arson Cause of Fire at Rays – Boys Start School Today* | 9/23/87 | Harrison&Roe 00001342–001345 | | | |
| PX359 | U.S. Census Bureau, *Monthly Population Estimates for the United States: April 1, 2010 to December 1, 2018* | None | NH-000573–000575 | | | |
| PX360 | Warikoo, *Detroit Woman with HIV Gets $40K Settlement from Dearborn* | 9/15/15 | Harrison&Roe 001346–1347 | | | |
| PX361 | World Health Organization, *Consolidated Guidelines on the use of antiretroviral drugs for treating and preventing HIV infection* | 6/00/16 | | | | |
| PX362 | *Harrison* Plaintiffs' Notice of Deposition of Defendants Pursuant to Fed. R. Civ. P. 30(b)(6) | 12/5/18 | | | | |
| PX363 | *Roe* Plaintiffs' Notice of Deposition of Defendants Pursuant to Fed. R. Civ. P. 30(b)(6) | 2/13/19 | | | | |
| PX364 | *Harrison* Defendants' Objections and Responses to Plaintiffs First Set of Interrogatories to Defendants (Nos. 1-23) | 12/17/18 | | | | |
| PX365 | *Harrison* Defendants' Objections and Responses to Plaintiffs First Set of Requests for Admission to Defendants | 1/4/19 | | | | |

| Exhibit No. | Description | Date | Bates Range/ Document Number | Authentic | Admissible | Admitted |
|---|---|---|---|---|---|---|
| PX366 | *Roe* Defendants' Objections and Responses to Plaintiffs First Set of Requests for Admission to Defendants (Nos. 1-73) | 3/1/19 | | | | |
| PX367 | *Roe* Defendants' Objections and Responses to Plaintiffs First Set of Interrogatories to Defendants (Nos. 1-13) | 3/1/19 | | | | |
| PX368 | *Roe* Defendants' Objections and Responses to Plaintiffs Second Set of Requests for Admission to Defendants (Nos. 74-79) | 3/15/19 | | | | |
| PX369 | *Roe* Defendants' Objections and Responses to Plaintiffs Second Set of Requests for Interrogatories to Defendants (Nos. 14-20) | 3/15/19 | | | | |

Plaintiffs reserve the right to use demonstratives at trial. Plaintiffs also reserve the right to supplement this list with documents newly produced, or newly produced in unredacted form, to Plaintiffs on or after June 3, 2019.

Dated: June 5, 2019

/s/  *Scott Schoettes*
Scott Schoettes*
SSchoettes@lambdalegal.org
Kara Ingelhart*
KIngelhart@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.
105 W. Adams St., Suite 2600
Chicago, IL 60603
T: (312) 663-4413

Anthony Pinggera*
APinggera@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.
4221 Wiltshire Blvd., Suite 280
Los Angeles, CA 90010
T: (213) 382-7600

Peter E. Perkowski*
PeterP@outserve.org
OUTSERVE-SLDN, INC.
P.O. Box 65301
Washington, DC 20035-5301
T: (800) 538-7418

/s/  *John H. Harding*
John W.H. Harding
Virginia State Bar No. 87602
JWHarding@winston.com
Lauren Gailey*
LGailey@winston.com
Laura Cooley
Virginia State Bar No. 93446
LCooley@winston.com
Alexandra J. Hemmings*
AHemmings@winston.com
WINSTON & STRAWN LLP
1700 K St., NW
Washington, DC 20006
T: (202) 282-5000

Julie A. Bauer*
JBauer@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
T: (312) 558-560

Andrew R. Sommer
Virginia State Bar No. 70304
Sommera@gtlaw.com
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard
Suite 1000
McLean, VA 22102
T: (703) 749-1370

# CERTIFICATE OF SERVICE

I certify that, on the 5 day of June, 2019, I caused this document to be filed electronically through the Court's CM/ECF system, which automatically sent a notice of electronic filing to all counsel of record.

Dated:  June 5, 2019                                    Respectfully submitted,

_/s/  John H. Harding_____
John W.H. Harding