IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RICHARD ROE, ET AL.,<br><br>PLAINTIFFS,<br><br>v.<br><br>PATRICK M. SHANAHAN, ET AL.,<br><br>DEFENDANTS. | CIVIL ACTION NO. 1:18-cv-01565 |
| NICHOLAS HARRISON, ET AL.,<br><br>PLAINTIFFS,<br><br>v.<br><br>PATRICK M. SHANAHAN, ET AL.,<br><br>DEFENDANTS. | CIVIL ACTION NO. 1:18-CV-00641 |

**PLAINTIFFS' WITNESS LIST**

Plaintiffs Nicholas Harrison, Richard Roe, Victor Voe and Outserve-SLDN, Inc. may call the following witnesses in their case-in-chief:

| Name | Will Call | May Call |
|---|---|---|
| Andy Blevins | X | |
| W. David Hardy, M.D. | X | |
| Nicholas Harrison | X | |
| Craig W. Hendrix, M.D. | X | |
| Trevor Hoppe, M.P.H., Ph.D. | X | |
| Richard Roe | X | |
| Victor Voe | X | |
| Paul Aswell (live or by deposition) | | X |
| Russell Beland | | X |
| Jason Blaylock, M.D. (live or by deposition) | | X |

| Name | Will Call | May Call |
|---|---|---|
| Gary Brown (by deposition) | | X |
| Paul Ciminera, M.D. (live or by deposition) | | X |
| Kevin Cron, M.D. (by deposition) | | X |
| Devin Kelly, D.O. (by deposition) | | X |
| Lisa Lute (live or by deposition) | | X |
| David P. Nuckles | | X |
| Jason Okulicz, M.D. (by deposition) | | X |
| John Reeser | | X |
| Donald Shell, M.D. (live or by deposition) | | X |
| Martha Soper (live or by deposition) | | X |
| Audra Taylor (live or by deposition) | | X |
| Paul Tumminello (live or by deposition) | | X |
| Andrew Wiesen, M.D. (live or by deposition) | | X |

Plaintiffs may call additional witnesses, if needed, to lay the foundation for exhibits. Plaintiffs reserve the right to call rebuttal witnesses. Plaintiffs also reserve the right to amend the witness list should further developments in the above captioned cases call for additional witnesses.

Dated: June 5, 2019

/s/ *Scott Schoettes*
Scott Schoettes*
SSchoettes@lambdalegal.org
Kara Ingelhart*
KIngelhart@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
 EDUCATION FUND, INC.
105 W. Adams St., Suite 2600
Chicago, IL 60603
T: (312) 663-4413

Anthony Pinggera*
APinggera@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
 EDUCATION FUND, INC.
4221 Wiltshire Blvd., Suite 280
Los Angeles, CA 90010
T: (213) 382-7600

Peter E. Perkowski*
PeterP@outserve.org
OUTSERVE-SLDN, INC.
P.O. Box 65301
Washington, DC 20035-5301
T: (800) 538-7418

*pro hac vice*

/s/ *John H. Harding*
John W.H. Harding
Virginia State Bar No. 87602
JWHarding@winston.com
Lauren Gailey*
LGailey@winston.com
Laura Cooley
Virginia State Bar No. 93446
LCooley@winston.com
Alexandra J. Hemmings*
AHemmings@winston.com
WINSTON & STRAWN LLP
1700 K St., NW
Washington, DC 20006
T: (202) 282-5000

Julie A. Bauer*
JBauer@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
T: (312) 558-560

Andrew R. Sommer
Virginia State Bar No. 70304
Sommera@gtlaw.com
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard
Suite 1000
McLean, VA 22102
T: (703) 749-1370

## CERTIFICATE OF SERVICE

I certify that, on the 5 day of June, 2019, I caused this document to be filed electronically through the Court's CM/ECF system, which automatically sent a notice of electronic filing to all counsel of record.

Dated: June 5, 2019                                        Respectfully submitted,

                                                           /s/ *John H. Harding*
                                                           John H. Harding