FILED: August 27, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1410
(1:18-cv-01565-LMB-IDD)

_____

RICHARD ROE; VICTOR VOE; OUTSERVE-SLDN, INC.

      Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF DEFENSE; PATRICK M. SHANAHAN, in his official capacity as Acting Secretary of Defense; HEATHER A. WILSON, in her official capacity as Secretary of the Air Force

      Defendants - Appellants

------------------------------

HIV MEDICINE ASSOCIATION; AMERICAN ACADEMY OF HIV MEDICINE; GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ EQUALITY; INFECTIOUS DISEASES SOCIETY OF AMERICA; SECRETARY ERIC K. FANNING; SECRETARY DEBORAH LEE JAMES; SECRETARY RAY MABUS; DR. LAWRENCE J. KORB; REAR ADMIRAL ALAN M. STEINMAN; CAPTAIN THOMAS T. CARPENTER; AIDS UNITED; THE AMERICAN PUBLIC HEALTH ASSOCIATION; DUKE LAW HEALTH JUSTICE CLINIC; SOUTHERN AIDS COALITION; THE NATIONAL ALLIANCE OF STATE & TERRITORIAL AIDS DIRECTORS; NMAC

      Amici Supporting Appellees

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk
