FILED: March 3, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1410
(1:18-cv-01565-LMB-IDD)

_____

RICHARD ROE; VICTOR VOE; OUTSERVE-SLDN, INC.

      Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF DEFENSE; MARK T. ESPER, in his official capacity as Secretary of Defense; BARBARA M. BARRETT, in her official capacity as Secretary of the Air Force

      Defendants - Appellants

-------------------------------

HIV MEDICINE ASSOCIATION; AMERICAN ACADEMY OF HIV MEDICINE; GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ EQUALITY; INFECTIOUS DISEASES SOCIETY OF AMERICA; SECRETARY ERIC K. FANNING; SECRETARY DEBORAH LEE JAMES; SECRETARY RAY MABUS; DR. LAWRENCE J. KORB; REAR ADMIRAL ALAN M. STEINMAN; CAPTAIN THOMAS T. CARPENTER; AIDS UNITED; THE AMERICAN PUBLIC HEALTH ASSOCIATION; DUKE LAW HEALTH JUSTICE CLINIC; SOUTHERN AIDS COALITION; THE NATIONAL ALLIANCE OF STATE & TERRITORIAL AIDS DIRECTORS; NMAC

      Amici Supporting Appellees

_____

MANDATE

_____

The judgment of this court, entered 01/10/2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

<u>/s/Patricia S. Connor, Clerk</u>