IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| NICHOLAS HARRISON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:18-cv-641 (LMB/IDD) |
| | ) | |
| MARK ESPER, Secretary of Defense, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| RICHARD ROE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:18-cv-1565 (LMB/IDD) |
| | ) | |
| MARK ESPER, Secretary of Defense, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

To accommodate the schedules of counsel, it is hereby

ORDERED that the summary judgment hearing currently scheduled for Tuesday, August 4, 2020 at 11:00 a.m. be and is CANCELLED. A new date for the hearing will be set in the near future.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 30th day of July, 2020.

Alexandria, Virginia

/s/ Ivan D. Davis
United States Magistrate Judge