IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RICHARD ROE, ET AL., <br><br>           PLAINTIFFS, <br>      v. <br><br> MARK T. ESPER, ET AL., <br>           DEFENDANTS. | CIVIL ACTION NO. 1:18-cv-01565 |
| NICHOLAS HARRISON, ET AL., <br><br>           PLAINTIFFS, <br>      v. <br><br> MARK T. ESPER, ET AL., <br>           DEFENDANTS. | CIVIL ACTION NO. 1:18-CV-00641 |

## NOTICE OF RELATED CASE

Judge Richard Bennett of the District of Maryland recently issued a decision in *Deese et al. v. Esper, et al.*, 1:18-cv-2669-RDB, a case that we previously represented to the Court is related to *Roe* and *Harrison*. That decision is attached as Exhibit A.

| | |
|---|---|
| Dated:  September 9, 2020 | Respectfully submitted,<br>*/s/ John W. H. Harding* |
| Scott A Schoettes*<br>SSchoettes@lambdalegal.org<br>Kara Ingelhart*<br>KIngelhart@lambdalegal.org<br>LAMBDA LEGAL DEFENSE AND<br>   EDUCATION FUND, INC.<br>105 W. Adams St., Suite 2600<br>Chicago, IL 60603<br>T: (312) 663-4413 | John W.H. Harding<br>Virginia State Bar No. 87602<br>JWHarding@winston.com<br>Lauren Gailey*<br>LGailey@winston.com<br>Alexandra J. Hemmings*<br>AHemmings@winston.com<br>WINSTON & STRAWN LLP<br>1901 L St., NW<br>Washington, DC 20036<br>T: (202) 282-5000 |
| Peter E. Perkowski*<br>PeterP@modernmilitary.org<br>MODERN MILITARY ASSOCIATION OF<br>AMERICA, INC.<br>P.O. Box 65301<br>Washington, DC 20035-5301<br>T: (800) 538-7418<br><br>*pro hac vice* | Julie A. Bauer*<br>JBauer@winston.com<br>WINSTON & STRAWN LLP<br>35 W. Wacker Dr.<br>Chicago, IL 60601<br>T: (312) 558-560 |
| | Andrew R. Sommer<br>Virginia State Bar No. 70304<br>Sommera@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>1750 Tysons Boulevard<br>Suite 1000<br>McLean, VA 22102<br>T: (703) 749-1370 |

## CERTIFICATE OF SERVICE

I certify that, on the 9th day of September, 2020, I caused this document to be filed electronically through the Court's CM/ECF system, which automatically sent a notice of electronic filing to all counsel of record.

Dated: September 9, 2020                    Respectfully submitted,

                                            /s/ *John W. H. Harding*
                                            John W.H. Harding