IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RICHARD ROE, ET AL.,<br><br>　　　　PLAINTIFFS,<br>v.<br><br>LLOYD J. AUSTIN, ET AL.,<br>　　　　DEFENDANTS. | CIVIL ACTION NO. 1:18-cv-01565 |
| NICHOLAS HARRISON, ET AL.,<br><br>　　　　PLAINTIFFS,<br>v.<br><br>LLOYD J. AUSTIN, ET AL.,<br>　　　　DEFENDANTS. | CIVIL ACTION NO. 1:18-CV-00641 |

**MOTION FOR LEAVE TO WITHDRAW COUNSEL**

Plaintiffs, pursuant to Local Rule 83.1(G), respectfully request that the Court grant leave for Plaintiffs to withdraw Alexandra Hemmings as counsel in the above-captioned cases. In support of this Motion, Plaintiffs state as follows:

1. Attorneys from Winston & Strawn LLP ("Winston") have filed an appearance on behalf of Plaintiffs in these cases.

2. Ms. Hemmings will be leaving Winston in the coming days, and is no longer participating in this case. She does not need notice of filings in this matter and should be removed from all service lists including the CM/ECF system.

3. John W. H. Harding of Winston will continue to represent Plaintiffs.

WHEREFORE, for the foregoing reasons, Plaintiffs ask that this Court grant leave for Ms. Hemmings to withdraw and remove her from all service lists and as counsel for the Plaintiffs.

*Motion GRANTED*

/s/ *LMB*
Leonie M. Brinkema
United States District Judge
4/22/21