IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RICHARD ROE, ET AL., <br><br> Plaintiffs, <br> v. <br><br> LLOYD J. AUSTIN, ET AL., <br><br> Defendants. | Civil Action No. 1:18-cv-01565 |

**STATUS REPORT REGARDING PLAINTIFF VICTOR VOE**

Plaintiffs provide this Status Report to update the Court of certain facts regarding Plaintiff Victor Voe.

1. Plaintiff Victor Voe was voluntarily discharged from the Untied States Air Force on December 27, 2021. He continues to serve as a member of the Air Force Reserves.

2. The status of Plaintiffs Richard Roe and Modern Military Association of America (MMAA) remains unchanged.

1

Dated: May 9, 2022

Scott A. Schoettes*
sschoettes@gmail.com
SCOTT SCHOETTES, ESQ.
4728 N Malden St. #2 South
Chicago, IL 60640
T: (773) 474-9250

Kara Ingelhart*
KIngelhart@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
65 E Wacker Pl., Suite 2000
Chicago, IL 60601
T: (312) 663-4413

Gregory R. Nevins*
GNevins@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1 West Court Square, Ste. 105
Decatur, GA 30030
T: (404) 897-1800

Peter Perkowski*
pperkowski@perkowskilegal.com
PERKOWSKI LEGAL, PC
515 S. Flower St., Suite 1800
Los Angeles, CA 90071
T: (213) 340-5796

*pro hac vice

Respectfully submitted,

/s/ Andrew R. Sommer_____
Andrew R. Sommer
Virginia State Bar No. 70304
Sommera@gtlaw.com
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard
Suite 1000
McLean, VA 22102
T: (703) 749-1370

John W. H. Harding
Virginia State Bar No. 87602
JWHarding@winston.com
Lauren Gailey*
LGailey@winston.com
WINSTON & STRAWN LLP
1901 L St., NW
Washington, DC 20036
T: (202) 282-5000

Julie A. Bauer*
JBauer@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
T: (312) 558-560

## CERTIFICATE OF SERVICE

I certify that, on the 9th day of May, 2022 I caused this document to be filed electronically through the Court's CM/ECF system, which automatically sent a notice of electronic filing to all counsel of record.


Dated: May 9th, 2022                              Respectfully submitted,

                                                  /s/ *Andrew R. Sommer*___
                                                  Andrew R. Sommer