FILED: July 11, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1626
(1:18-cv-01565-LMB-IDD)
_____

RICHARD ROE; VICTOR VOE; THE MODERN MILITARY ASSOCIATION OF AMERICA

    Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF DEFENSE; LLOYD J. AUSTIN, III, Acting Secretary of Defense; FRANK KENDALL, Acting Secretary of the Air Force

    Defendants - Appellants

_____

O R D E R
_____

Upon consideration of the stipulated motion to voluntarily dismiss, the court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

    For the Court--By Direction

    /s/ Patricia S. Connor, Clerk