# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| RICHARD ROE, ET AL., <br><br>　　　　Plaintiffs, <br>　　v. <br><br> LLOYD J. AUSTIN, ET AL., <br><br>　　　　Defendants. | Civil Action No. 1:18-cv-01565 |
| NICHOLAS HARRISON, ET AL., <br><br>　　　　Plaintiffs, <br>　　v. <br><br> LLOYD J. AUSTIN, ET AL., <br><br>　　　　Defendants. | Civil Action No. 1:18-cv-00641 |

## JOINT STATUS REPORT

Pursuant to the Court's June 30, 2022 orders in *Harrison* (Dkt. 321) and *Roe* (Dkt. 335), the parties file this joint status report regarding the subject of attorneys' fees and expenses.

**Joint Statement**: The Parties have not yet been able to "resolve the amount of attorneys' fees and expenses" to which plaintiffs' counsel assert they are entitled. If the parties do not resolve the question of attorneys' fees and expenses beforehand, Plaintiffs will be filing a motion for attorney's fees on or before August 8, 2022 consistent with the Court's July 20, 2022 order. *Harrison* (Dkt. 326), *Roe* (Dkt. 340).

\* \* \*

Dated: July 27, 2022

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

JESSICA D. ABER
United States Attorney

ANTHONY J. COPPOLINO
Deputy Director
Federal Programs Branch

KERI L. BERMAN
JOSHUA C. ABBUHL
KATE TALMOR
Trial Attorneys

    /s/
DENNIS C. BARGHAAN, JR.
Deputy Chief, Civil Division
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3891
Fax: (703) 299-3983
dennis.barghaan@usdoj.gov

Respectfully submitted,

/s/ John W.H. Harding
John W. H. Harding
Virginia State Bar No. 87602
JWHarding@winston.com
Lauren Gailey*
LGailey@winston.com
WINSTON & STRAWN LLP
1901 L St., NW
Washington, DC 20036
T: (202) 282-5000

Julie A. Bauer*
JBauer@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
T: (312) 558-560

Andrew R. Sommer
Virginia State Bar No. 70304
Sommera@gtlaw.com
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard
Suite 1000
McLean, VA 22102
T: (703) 749-1370

Scott A. Schoettes*
sschoettes@gmail.com
SCOTT SCHOETTES, ESQ.
4728 N Malden St. #2 South
Chicago, IL 60640
T: (773) 474-9250

Kara Ingelhart*
KIngelhart@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
65 E Wacker Pl., Suite 2000
Chicago, IL 60601
T: (312) 663-4413

Gregory R. Nevins*
GNevins@lambdalegal.org

LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1 West Court Square, Ste. 105
Decatur, GA 30030
T: (404) 897-1800

Peter Perkowski*
pperkowski@perkowskilegal.com
PERKOWSKI LEGAL, PC
515 S. Flower St., Suite 1800
Los Angeles, CA 90071
T: (213) 340-5796

*pro hac vice

## CERTIFICATE OF SERVICE

I certify that, on the 27th day of July, 2022, I caused this document to be filed electronically through the Court's CM/ECF system, which automatically sent a notice of electronic filing to all counsel of record.


Dated:  July 27, 2022                    Respectfully submitted,

                                         */s/ John W.H. Harding*
                                         John W.H. Harding