**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

RICHARD ROE, ET AL.,

   *Plaintiffs*,

  v.

LLOYD J. AUSTIN, ET AL.,

   *Defendants*.

No. 1:18-cv-01565-LMB-IDD

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.1(G), Plaintiffs respectfully request that the Court grant leave for John W.H. Harding, Julie A. Bauer, and Lauren Gailey to withdraw as counsel in this case. Defendants do not object to this motion.  In support, Plaintiffs state:

1. Attorneys Harding, Bauer, and Gailey of Winston & Strawn LLP have filed appearances on behalf of Plaintiffs in this case.

2. Winston & Strawn LLP will no longer be participating in this case.

3. Attorneys Scott A. Schoettes, Peter Perkowski, Gregory R. Nevins, and Kara Ingelhart will continue to represent Plaintiffs in this case.

4. Ashley Phillips of Williams Mullen has also entered an appearance and will be replacing John Harding as local counsel for Plaintiffs.

For these reasons, Plaintiffs request that the Court grant leave for Attorneys Harding, Bauer, and Gailey to withdraw as counsel for Plaintiffs and remove them from all service lists.

Dated:  May 5, 2023

Respectfully submitted,
*/s/ John W. H. Harding*
John W.H. Harding
Virginia State Bar No. 87602
JWHarding@winston.com
Lauren Gailey*
LGailey@winston.com
WINSTON & STRAWN LLP
1901 L St., NW
Washington, DC 20036
T: (202) 282-5000

Julie A. Bauer*
JBauer@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
T: (312) 558-560

*pro hac vice*

2

**CERTIFICATE OF SERVICE**

I certify that, on the 5th day of May, 2023, I caused this document to be filed electronically through the Court's CM/ECF system, which automatically sent a notice of electronic filing to all counsel of record.

Dated May 5, 2023                                          Respectfully submitted,

                                                           /s/ *John W.H. Harding*
                                                           John W.H. Harding